SEND



FILED
CLERK, U.S. DISTRICT COURT

AUG 18 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| RICKY RITCH, DONNA RITCH, <br><br> PLAINTIFF(S) <br> v. <br><br> AVIVA BOB, et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV06-4795 ABC (JWJx) <br><br> **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224** |
|---|---|

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

*2t USC 455. Friendship with several defendants.*

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:
    ☒ within 120 days of the Court being assigned said case.
    ☐ after 120 days of the Court being assigned said case.

_____August 17, 2006_____      _____AUDREY B. COLLINS_____
Date      United States District Judge

### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge _____George P. Schiavelli_____. On all documents subsequently filed in this case, please substitute the initials _____GPS_____ after the case number in place of the initials of the prior Judge so that the case number will read: _____CV 06-4795 GPS (JWJx)_____.

This is very important because documents are routed to the assigned Judge by means of the initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western    ☐ Southern    ☐ Eastern Division.

**Subsequent documents must be filed at the    ☒ Western    ☐ Southern    ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

CV-52 (01/05)    ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224

ENTERED ON CM 8/18/06