SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.    CV 06-4795 GPS (JWJx)    Date and Filed: Aug. 21, 2006

Title:  Ricky Ritch, et. al. -vs- Aviva Bob, et. al.

===============================================================

PRESENT:    THE HONORABLE    AUDREY COLLINS    , JUDGE

D. Alex                              Not present
Courtroom Clerk                      Court Reporter

ATTORNEYS FOR PLAINTIFFS:        ATTORNEYS FOR DEFENDANTS:

not present                       not present

PROCEEDINGS:    SETTLEMENT SELECTION (IN CHAMBERS)

Reference of the above case to the Alternative Dispute Resolution Pilot Program, General Order 02-07, is vacated. All further settlement procedures in this action shall be pursuant to Local Civil Rule 16-14.

DOCKETED ON CM
AUG 22 2006
BY _____ 053

MINUTES FORM                Initials of Deputy Clerk    D.A
CIVIL - GEN