SEND

FILED
CLERK, U.S. DISTRICT COURT

SEP - 6 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Ricky Ritch, an individual and Donna Ritch, an individual, <br><br> PLAINTIFF(S) <br> v. <br><br> Aviva Bobb, an individual, et al, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 06-04795 SJO (JWJx) <br><br> ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 224 |
|---|---|

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

As a Superior Court Judge, I worked with many of the named defendants in the above-referenced matter. Therefore, it would be inappropriate for me to preside over this matter.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.2 of General Order 224.

This self-recusal has been Ordered:
☑ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

September 6, 2006 _____   _____ S. James Otero
Date                                       United States District Judge

**NOTICE TO COUNSEL FROM CLERK**
This case has been reassigned to Judge ___Percy Anderson___. On all documents subsequently filed in this case, please substitute the initials ___PA___ after the case number in place of the initials of the prior Judge so that the case number will read: ___CV 06-4795 PA (JWJx)___.

This is very important because documents are routed to the assigned Judge by means of the initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☑ Western  ☐ Southern  ☐ Eastern Division.

**Subsequent documents must be filed at the  ☑ Western  ☐ Southern  ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

CV-52 (07/05)    ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 224

ENTERED ON CM 9/6/06