UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL     P-SEND

| Case No. | CV06-4795-CAS(JWJx) | Date | September 11, 2006 |
|---|---|---|---|
| Title | RICKY RITCH; ET AL. v. AVIVA BOBB; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

The Court is in receipt of plaintiffs' Motion for Leave to Amend Complaint filed September 11, 2006 and noticed on September 25, 2006 at 10:00 a.m. The Court is also in receipt of plaintiffs' Amended Complaint for Damages filed on September 11, 2006, based on no Answer having been filed by any defendants in the above-referenced action. Pursuant to the filing of plaintiffs' amended complaint, plaintiffs' motion for leave to amend complaint is thereby MOOT. Furthermore, pursuant to plaintiffs filing of the amended complaint, the three (3) motions filed by defendants (as listed below) are also MOOT:

1)   Defendants' Motion to Strike and/or Dismiss Plaintiffs' Complaint filed August 21, 2006;
2)   Defendants' Motion to Dismiss Plaintiffs' Complaint filed August 23, 2006; and
3)   Defendants' Motion to Dismiss Plaintiffs' Complaint filed August 23, 2006.

Therefore, the September 25, 2006 hearings are vacated and **the parties are not to appear before this Court on September 25, 2006 at 10:00 A.M.** .

DOCKETED ON CM
SEP 12 2006
BY ___ /053

cc:   Counsel

                                                                                                                              00   :   00
                                                                                                     Initials of Preparer    CMJ