UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-4795 CAS (JWJx) | Date | December 14, 2006 |
|---|---|---|---|
| Title | RICKY RITCH, et al. V. AVIVA BOBB, et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings:  **(IN CHAMBERS):DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 11** (filed November 13, 2006)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of December 18, 2006, is hereby vacated and the matter is taken under submission.

The Court is in receipt of defendants' motion for sanctions pursuant to Rule 11 of the Federal Rules of Procedure, filed November 13, 2006, plaintiffs' opposition, filed December 6, 2006, and defendants' reply, filed December 11, 2006. The Court hereby DENIES the motion as premature, without prejudice to its being renewed at the conclusion of the case.

IT IS SO ORDERED.

Initials of Preparer    ___00___ : ___00___

DOCKETED ON CM

DEC 1 5 2006

BY _____ 002

58