UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  P-SEND/JS-6

| Case No. | CV06-4795-CAS(JWJx) | Date | March 7, 2007 |
|---|---|---|---|
| Title | *RICKY RITCH; ET AL. v. AVIVA BOBB; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

WHEREAS, on January 16, 2007, the Court granted defendants' motion to dismiss plaintiffs' remaining federal claims against them. Based on the Court's ruling, plaintiffs were ordered to file a second amended complaint as to the federal claims against the moving defendants only, within 15 days from the date of its January 16, 2007 minute order. As of

A second amended complaint was to be filed no later than January 31, 2007. As of today's date, no such second amended complaint or request for extension has been received by this Court;

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITHOUT PREJUDICE** for plaintiff's failure to comply with the Local Rules, Federal Rules of Civil Procedure, and orders of this Court.



DOCKETED ON CM
MAR - 8 2007
BY _____ / 053

00 : 00

Initials of Preparer   CMJ

cc:  Counsel