# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2009
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge  Snyder

From: Marilyn Davis , Deputy Clerk   Date Received: 2/26/09

Case No.: 2:06-CV-4795 CAS (JWJ)   Case Title: Ricky Ritch v. Alvin Robb

Document Entitled: (1) Notice of Defendants' Motion for Mandatory Award of Attorneys' Fees on Anti-SLAPP Motion (2) Memorandum of Points and Authorities in Support of Defendants' Motion for Mandatory Award of Attorney's Fee on Anti-SLAPP Motion (3) Declaration of Ronald Gold (4) Declaration of S. Martin Keleti

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1   Document not legible
☐ Local Rule 11-3.8   Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1   No copy provided for judge
☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1   No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1     Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1  Notice to other parties of ex parte application lacking
☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
☒ Other: Pursuant to G.O. 08-02 case is designated for Electronic Filing

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

2/27/09                         Christina A. Snyder
Date                            U.S. District Judge / U.S. Magistrate Judge

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____                    _____
Date                             U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.