1  Ronald Gold, State Bar № 52416
   **Oldman, Cooley, Sallus, Gold,**
2  **Birnberg & Coleman, LLP**
   16133 Ventura Blvd. Penthouse A
3  Encino, CA 91436
   818 986 8080
4

FILED
CLERK, U.S. DISTRICT COURT

FEB 26 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

5  Attorneys for RONALD BERMAN, an Individual, JAMES SCHNEIDERS, an Individual, LISA
   MACCARLEY, an Individual, CHRISTOPHER JOHNSON, an Individual, DAVID COLEMAN, an
6  Individual, ANDREA STERN-HODGES, an Individual, HOWARD STERN, An Individual, BERMAN
   & BERMAN, A Professional Law Corporation, OLDMAN, COOLEY, SALLUS, GOLD, BIRNBERG
7  & COLEMAN, A Limited Liability Partnership, and RUSSAKOW, RYAN & JOHNSON, A
   Professional Law Corporation.
8

9

10                         UNITED STATES DISTRICT COURT

11                        CENTRAL DISTRICT OF CALIFORNIA

12  RICKY RITCH, an Individual, and DONNA RITCH, an     Case № CV 06-4795 CAS (JWJx)
    Individual,
13                                                      DECLARATION OF RONALD GOLD
              Plaintiffs,                               IN SUPPORT OF DEFENDANTS'
14                                                      MOTION FOR MANDATORY
                   v.                                   AWARD OF ATTORNEYS' FEES ON
15                                                      ANTI-SLAPP MOTION
    AVIVA BOBB, an Individual, *et al.*
16                                                      [Cal. Code Civ. Pro. § 425.16(c)]
              Defendants.
17
                                                        Date:     March 23, 2009
18                                                      Time:     10:00 A.M.
                                                        Room:     5
19

20

21

22                                   RECEIVED
                                    BUT NOT FILED
23

24                              FEB 2 6 2009
                                   1:47
25
                          CLERK, U.S. DISTRICT COURT
26                        CENTRAL DISTRICT OF CALIFORNIA
                               EASTERN DIVISION
                          MPJD              DEPUTY
27

28

                                       Page 1
                              Declaration of Ronald Gold
Anti-SLAPP fee motion Gold Decl.wpd

1    I, RONALD GOLD, declare as follows:

2    1.    I am an attorney at law duly licensed to practice before all courts of the State of

3    California. The facts set forth below are within my own personal knowledge, and if called to

4    testify as a witness thereto, I could and would competently do so. I submit this declaration in

5    support of defendants' motion for attorney's fees.

6    2.    Attached to this Exhibit 1 and incorporated by reference are the timesheets for

7    this matter, listed by individual timekeeper, as well as a detailed listing of all disbursements.

8    3.    I am a member of the law firm Oldman, Cooley, Sallus, Gold,

9    Birnberg & Coleman, LLP. I am the attorney in charge of the defense of this matter. I am a

10    graduate of the University of California, Los Angeles, and Loyola Law School (Los Angeles)

11    and was admitted to the bar in 1972. My services consisted of reviewing pleadings and

12    researching RICO issues.  I performed 2.3 hours and charged $450 per hour. While I

13    appeared in this Court during oral argument, I did not bill any time for the appearance.

14    4.    For the most part, I used my time to supervise Scott Raphael and discuss the

15    matter with David Coleman, but I did not bill for that supervisory time.  I delegated most of

16    the work to paralegal Scott Raphael because of his broad experience in the litigation of general

17    civil matters, including anti-SLAPP motions. Mr. Raphael was a member of the California

18    Bar from 1983 to 1999. He is a graduate of Stanford University and University of Southern

19    California School of Law. He resigned from the bar with charges pending on May 21, 1999.

20    Although Mr. Raphael is not entitled to practice law, he still brought a wealth of experience

21    to the general preparation of this case; moving defendants were advised of Mr. Raphael's

22    status. Cal. Rules of Professional Conduct Rule 1-311. I acted prudently by deciding to use

23    less expensive labor to prepare this case. Mr. Raphael was billed at paralegal fees of $150.00

24    per hour. He expended 65.5 hours on this matter, as detailed in the attached timesheets. Mr.

25    Raphael drafted the Anti-SLAPP motions and the motions to dismiss. He also drafted all

26    replies to the oppositions and the amended complaints.

27    5.    Attorney David Coleman is another member of the firm. Mr. Coleman worked

28    for a very important reason: he was the lawyer primarily responsible for the prosecution of

Declaration of Ronald Gold

Anti-SLAPP fee motion Gold Decl.wpd

1   the underlying state court case. He was most familiar with the factual background of the case

2   and the related legal issues. The legal fees would have been far higher if a new lawyer had

3   been forced to come into the matter and learn the case from scratch. Mr. Coleman oversaw

4   the drafts of the pleadings to ensure that they accurately reflected the law and the facts.  Mr.

5   Coleman charged $400 per hour and worked 14.1 hours on the case. Mr. Coleman's time was

6   focused on research, communication with counsel for other defendants, communication with

7   clients, and preparation of the fees motions. He is a graduate of the University of California,

8   Berkeley and Hastings College of the Law and was admitted to the bar in 1987.

9       6.      Attorney James Birnberg is also a member in Oldman Cooley. He is a graduate

10  of Pomona College and the University of California, Berkeley School of Law (Boalt Hall) and

11  was admitted to the bar in 1966. Mr. Birnberg worked 0.80 hours and charged $450 per hour.

12  His services consisted of reviewing pleadings and researching RICO issues.

13      7.      All of the causes of action set forth in the complaint could not be set aside

14  through the anti-SLAPP motion. The complaint alleged various federal causes of action that

15  could only be attacked through a general Rule 12(b)(6) motion. This Court granted the Rule

16  12(b)(6) motion as to the federal counts. Subsequently, moving defendants sought sanctions

17  under Rule 11. This Court denied the motion for sanctions. Any fees that were incurred in

18  regards to the Rule 12(b)(6) motion for the federal claims cannot be claimed under the right

19  to attorneys fees for the anti-SLAPP motion.

20      8.      I have examined the billing statements and have determined that approximately

21  10 hours of Mr. Raphael's time were incurred solely to obtain dismissal of the non-state

22  causes of action. This calculation was difficult given that all of the issues were intertwined

23  factually.  Nonetheless, I believe this reduction to be fair.  This reduction is explained more

24  fully in the Memorandum of Points and Authorities.  Therefore, the total attorney's fees as

25  set forth in the attached time sheets must be recalculated down to $8,155.00 in regards to the

26  underlying anti-SLAPP motion.  In addition, counsel for moving defendants has expended

27  another $6,770.00 to prepare and present these moving papers.  This amount is explained

28  more fully in the Memorandum of Points and Authorities.  Moving defendants therefore seek

Declaration of Ronald Gold

Anti-SLAPP fee motion Gold Decl.wpd

1  States Postal Service would not suffice to prove that plaintiffs had actually received documents.

2  Plaintiffs' counsel had inconsistent addresses in Tustin and Irvine. Using a delivery service was the most

3  expedient way to ensure service on plaintiffs' counsel.

4      I declare under penalty of perjury under the laws of California that the foregoing is true and

5  correct.

6      Executed on February 24, 2009, at Encino, California.

7

8                               RONALD GOLD

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Ronald Gold
Anti-SLAPP fee motion Gold Decl.wpd

**Detail Fee Transaction File List**

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Timekeeper RG Ronald Gold** | | | | | | | | | |
| 06286.C7474 | 01/19/2007 | RG | P | 1 | 450.00 | 1.80 | 810.00 | review dismissal, review re hearing set for 1/22, letter; OCSGB&C Ritch v. Bobb | 22 |
| 06286.C7474 | 01/22/2007 | RG | P | 1 | 450.00 | 0.50 | 225.00 | review dismissal; OCSGB&C Ritch v. Bobb | 23 |
| **Total for Timekeeper RG** | | | | | Billable | 2.30 | 1,035.00 | Ronald Gold | |
| **Timekeeper JRB James R. Birnberg** | | | | | | | | | |
| 06286.C7474 | 08/17/2006 | JRB | P | 1 | 450.00 | 0.80 | 360.00 | Research RICO cases, review documents with D. Coleman, conference re responsive pleading. OCSGB&C Ritch v. Bobb | 34 |
| **Total for Timekeeper JR** | | | | | Billable | 0.80 | 360.00 | James R. Birnberg | |
| **Timekeeper DC David Coleman** | | | | | | | | | |
| 06286.C7474 | 08/17/2006 | DC | P | 1 | 400.00 | 6.60 | 2,640.00 | Review complaint. Research. Phone Pagnano & Doty. OCSGB&C Ritch v. Bobb | 35 |
| 06286.C7474 | 08/18/2006 | DC | P | 1 | 400.00 | 0.70 | 280.00 | Research: anti-SLAPP in fed ct. OCSGB&C Ritch v. Bobb | 26 |
| 06286.C7474 | 08/30/2006 | DC | P | 1 | 400.00 | 0.40 | 160.00 | Misc. work. Phone fed court clerk. OCSGB&C Ritch v. Bobb | 27 |
| 06286.C7474 | 08/31/2006 | DC | P | 1 | 400.00 | 0.20 | 80.00 | Emails: counsel. OCSGB&C Ritch v. Bobb | 28 |
| 06286.C7474 | 09/07/2006 | DC | P | 1 | 400.00 | 0.30 | 120.00 | Telephone Court Clerk, Overton, Mason. Re: Hearing Dates. OCSGB&C Ritch v. Bobb | 9 |
| 06286.C7474 | 09/13/2006 | DC | P | 1 | 400.00 | 0.20 | 80.00 | Telephone Hodges. Re: status and representation. OCSGB&C Ritch v. Bobb | 10 |
| 06286.C7474 | 09/14/2006 | DC | P | 1 | 400.00 | 0.20 | 80.00 | Telephone Andrea Hodges. OCSGB&C Ritch v. Bobb | 11 |
| 06286.C7474 | 09/22/2006 | DC | P | 1 | 400.00 | 0.30 | 120.00 | Letter Andrea Hodges. OCSGB&C Ritch v. Bobb | 15 |
| 06286.C7474 | 07/19/2007 | DC | P | 1 | 400.00 | 0.90 | 360.00 | Prepare fee motions. OCSGB&C Ritch v. Bobb | 39 |
| 06286.C7474 | 07/25/2007 | DC | P | 1 | 400.00 | 3.30 | 1,320.00 | Prepare fee motions. OCSGB&C Ritch v. Bobb | 38 |
| 06286.C7474 | 07/30/2007 | DC | P | 1 | 400.00 | 0.40 | 160.00 | Edit fee motions. OCSGB&C Ritch v. Bobb | 37 |
| 06286.C7474 | 07/31/2007 | DC | P | 1 | 400.00 | 0.60 | 240.00 | Assemble docs. Letter Sterwerf. (LR 7-3 Letter). OCSGB&C Ritch v. Bobb | 36 |
| 06286.C7474 | 03/28/2008 | DC | P | 1 | 400.00 | 2.50 | 1,000.00 | Prepare new Anti-SLAPP fee motion. OCSGB&C Ritch v. Bobb | 40 |
| 06286.C7474 | 04/17/2008 | DC | P | 1 | 400.00 | 0.50 | 200.00 | Finish Draft of Fee Ptn. OCSGB&C Ritch v. Bobb | 41 |
| 06286.C7474 | 11/12/2008 | DC | P | 1 | 400.00 | 1.50 | 600.00 | Prepared updated Fee Petition. OCSGB&C Ritch v. Bobb | 42 |
| 06286.C7474 | 11/25/2008 | DC | P | 1 | 400.00 | 0.30 | 120.00 | reivew expert declaration and exhibits. OCSGB&C Ritch v. Bobb | 43 |

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|-----|------|---------------|--------|--|-------|
| **Timekeeper DC David Coleman** | | | | | | | | | |
| **Total for Timekeeper DC** | | | | | Billable | 18.90 | 7,560.00 | David Coleman | |
| **Timekeeper SR Scott Raphael** | | | | | | | | | |
| 06286.C7474 | 08/17/2006 | SR | P | 1 | 150.00 | 2.00 | 300.00 | Receive and review complaint; leg res. re application of SLAPP in fed court and re litigation.  Privileges; leg res re procedural vehicle for anti-SLAPP motion re 425.16; brief leg. res re litigation privilege OCSGB&C Ritch v. Bobb | 29 |
| 06286.C7474 | 08/18/2006 | SR | P | 1 | 150.00 | 8.50 | 1,275.00 | Suppl. leg. res. re Flatley decision re begin prep, revise and finalize notice of motion and motion for special SLAPP moton to strike prep, revise memo of points and authorities on same re Rule 12(b)(6), (f) motion re same; prep table on authorities on same OCSGB&C Ritch v. Bobb | 30 |
| 06286.C7474 | 08/19/2006 | SR | P | 1 | 150.00 | 5.50 | 825.00 | Continue revise and finalize special motion to strike points and authorities; prep proof of service and prep tables of contents and authorities on same OCSGB&C Ritch v. Bobb | 31 |
| 06286.C7474 | 08/19/2006 | SR | P | 1 | 150.00 | 4.50 | 675.00 | Receive and review amended complaint and fee agreement letter; brief leg. res. and begin prep, revise/finalize 2nd set of spec. interrogs and 2nd ins. demand to plaintiff; prep decl. re add'l discovery; prep proof of service on same OCSGB&C Ritch v. Bobb | 32 |
| 06286.C7474 | 08/21/2006 | SR | P | 1 | 150.00 | 4.50 | 675.00 | Suppl. leg. research re Flatley decision re begin prep, revise and finalize notice of motion and motion for special motion to strike; atty conf. re revise and finalize supplemental memo of points and authorities and suppl. points and authorities re state abstention doctrine and serve file same OCSGB&C Ritch v. Bobb | 33 |
| 06286.C7474 | 09/05/2006 | SR | P | 1 | 150.00 | 6.50 | 975.00 | Receive and review tardy opp'n to Anti SLAPP motion and legal research re authorities cited by Deft; Suppl. legal research re 42 USC 1983, Civ. C. 47,52 and cases cited by deft re begin prepare, revise reply brief pts and authorities on same OCSGB&C Ritch v. Bobb | 14 |
| 06286.C7474 | 09/08/2006 | SR | P | 1 | 150.00 | 3.50 | 525.00 | Revise finalize and serve/file reply brief on Anti-Slapp motion to strike OCSGB&C Ritch v. Bobb | 13 |
| 06286.C7474 | 09/12/2006 | SR | P | 1 | 150.00 | 2.50 | 375.00 | Receive and review notice of ruling from Dist ct. taking motion O/C leg. res. re case authorities re Sylmar A/C doctrine re non-right to amendwith Anti-SLAPP mot. pending re prep, revise and finalize points and authorities supporting request for reconsideration of order taking Anti-SLAPP mot. O/C; serve file same OCSGB&C Ritch v. Bobb | 12 |
| 06286.C7474 | 10/06/2006 | SR | P | 1 | 150.00 | 2.50 | 375.00 | Docket review and receive/ review 1st am. complaint and leg. res. and atty conf. re prep, revise and submit suppl. briefing re same re Anti-SLAPP motion OCSGB&C Ritch v. Bobb | 16 |
| 06286.C7474 | 10/27/2006 | SR | P | 1 | 150.00 | 2.50 | 375.00 | Receive and review Court's ruling granting | 17 |

**Detail Fee Transaction File List**

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Timekeeper SR Scott Raphael** | | | | | | | | | |
| | | | | | | | | Anti-SLAPP mot. to strike; atty conf. re ruling and re prep mot. for attys fees on same; leg. res. re poss Rule 12(b)(6) mot. re remaining fed. claims and elements of same re mot. to dismiss OCSGB&C Ritch v. Bobb | |
| 06286.C7474 | 11/08/2006 | SR | P | 1 | 150.00 | 3.00 | 450.00 | Begin prep mot. for recovery of attys fees re Anti-SLAPP motion; continued legal res. re Federal Statutory C/A's re outline notice of mot. and mot. for dismissal re Rule 12(b)(6) OCSGB&C Ritch v. Bobb | 18 |
| 06286.C7474 | 11/22/2006 | SR | P | 1 | 150.00 | 5.50 | 825.00 | Continue legal research re prima facie elements of remaining three 18 U.S.C. causes of action re federal law and file review and ocntinue prep pts and authorities supporting Rule 12(b)(6) motion re motion to dismiss same OCSGB&C Ritch v. Bobb | 19 |
| 06286.C7474 | 12/26/2006 | SR | P | 1 | 150.00 | 6.50 | 975.00 | File review and review plaintiff's FAC and final suppl. leg. res.PF Elements of Civil RICO, 42 U.S.C. 1983, re revise and finalize Rule 12(b)(6) motion and supporting docs; Shepardize authorities cited and check court docket re prior Rule 12 motions and leg. res. re deadlines for filing same; revise and finalize, serve and file same OCSGB&C Ritch v. Bobb | 20 |
| 06286.C7474 | 01/13/2007 | SR | P | 1 | 150.00 | 2.50 | 375.00 | Receive and review opposition to motion to dismiss re rule 12(b) (6); leg. res. re cases cited and file research re status of hearing date and pleadings on motion; begin prep revise reply brief OCSGB&C Ritch v. Bobb | 21 |
| 06286.C7474 | 02/21/2007 | SR | P | 1 | 150.00 | 2.00 | 300.00 | File review and begin outline prep of mot. for attorneys fees OCSGB&C Ritch v. Bobb | 24 |
| 06286.C7474 | 02/25/2007 | SR | P | 1 | 150.00 | 3.50 | 525.00 | Continue prep not. of motion and motion for attorneys fees re defat of claims on Anti-SLAPP motion OCSGB&C Ritch v. Bobb | 25 |
| **Total for Timekeeper SR** | | | | | **Billable** | **65.50** | **9,825.00** | Scott Raphael | |
| | | | | | | | | **GRAND TOTALS** | |
| | | | | | Billable | 87.50 | 18,780.00 | | |

Case 2:06-cv-04795-CAS-JWJ   Document 76   Filed 02/26/09   Page 9 of 34   Page ID #:76

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Timekeeper DC David Coleman** | | | | | | | | |
| 06286.C7474 | 08/21/2006 | DC | P | 50 | | 12.90 | DDS - Attorney Messenger & Filing Service - Service of Motion on opposing counsel<br>OCSGB&C<br>Ritch v. Bobb | 1 |
| 06286.C7474 | 08/21/2006 | DC | P | 50 | | 12.90 | DDS - Attorney Messenger & Filing Service - Service of Mot. on Opposing counsel, second address<br>OCSGB&C<br>Ritch v. Bobb | 2 |
| 06286.C7474 | 08/21/2006 | DC | P | 50 | | 41.90 | DDS - Attorney Messenger & Filing Service - Filing/Service of anti-SLAPP mot. U.S. Dist. Court<br>OCSGB&C<br>Ritch v. Bobb | 3 |
| 06286.C7474 | 09/06/2006 | DC | P | 50 | | 46.50 | DDS - Messenger Service - Messenger fee - filing req. to reinstate SLAPP mot. on calendar<br>OCSGB&C<br>Ritch v. Bobb | 4 |
| 06286.C7474 | 09/13/2006 | DC | P | 50 | | 79.12 | Now Messenger Service - Messenger Service<br>OCSGB&C<br>Ritch v. Bobb | 5 |
| 06286.C7474 | 09/13/2006 | DC | P | 50 | | 23.81 | Now Messenger Service - Messenger Service<br>OCSGB&C<br>Ritch v. Bobb | 6 |
| 06286.C7474 | 09/13/2006 | DC | P | 50 | | 11.06 | Overnite Express - Overnight Mail Service<br>OCSGB&C<br>Ritch v. Bobb | 7 |
| 06286.C7474 | 09/13/2006 | DC | P | 50 | | 11.06 | Overnite Express - Overnight Mail Service<br>OCSGB&C<br>Ritch v. Bobb | 8 |
| 06286.C7474 | 09/13/2006 | DC | P | 50 | | 11.06 | Overnite Express - Overnight Mail Service<br>OCSGB&C<br>Ritch v. Bobb | 9 |
| 06286.C7474 | 09/13/2006 | DC | P | 50 | | 11.06 | Overnite Express - Overnight Mail Service<br>OCSGB&C<br>Ritch v. Bobb | 10 |
| 06286.C7474 | 12/26/2006 | DC | P | 50 | | 33.50 | DDS - Messenger & Filing Service - Filing Rule 12(b)(6) motion<br>OCSGB&C<br>Ritch v. Bobb | 11 |
| 06286.C7474 | 12/28/2006 | DC | P | 50 | 11.060 | 44.24 | Overnite Express - Overnight Mail Service (4x)<br>OCSGB&C<br>Ritch v. Bobb | 12 |
| 06286.C7474 | 11/12/2008 | DC | P | 50 | | 17.62 | Overnite Express Delivery<br>OCSGB&C<br>Ritch v. Bobb | 13 |

**Total for Timekeeper DC**                **Billable**      **356.73** David Coleman

**GRAND TOTALS**

Billable      356.73

REGION
STANDARD HOURLY BILLING RATES
As of January 1, 2007

| Region/Status | | Number of Offices | Number of Lawyers | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
|---|---|---|---|---|---|---|---|---|
| New England | Equity Partner/Shareholder | 21 | 198 | 282 | 235 | 260 | 316 | 376 |
| | Non-Equity Partner | 18 | 55 | 304 | 245 | 300 | 350 | 397 |
| | Associate/Staff Lawyer | 28 | 171 | 205 | 160 | 190 | 235 | 279 |
| Middle Atlantic | Equity Partner/Shareholder | 76 | 1,014 | 367 | 285 | 350 | 450 | 525 |
| | Non-Equity Partner | 50 | 477 | 349 | 275 | 340 | 425 | 491 |
| | Associate/Staff Lawyer | 72 | 1,213 | 244 | 190 | 230 | 295 | 350 |
| South Atlantic | Equity Partner/Shareholder | 143 | 1,665 | 344 | 275 | 340 | 400 | 470 |
| | Non-Equity Partner | 111 | 593 | 337 | 270 | 340 | 400 | 465 |
| | Associate/Staff Lawyer | 140 | 1,795 | 225 | 175 | 220 | 260 | 315 |
| East South Central | Equity Partner/Shareholder | 36 | 454 | 261 | 210 | 260 | 306 | 350 |
| | Non-Equity Partner | 25 | 109 | 273 | 238 | 275 | 315 | 335 |
| | Associate/Staff Lawyer | 39 | 433 | 171 | 145 | 167 | 195 | 225 |
| West South Central | Equity Partner/Shareholder | 42 | 628 | 309 | 225 | 285 | 375 | 475 |
| | Non-Equity Partner | 31 | 190 | 293 | 208 | 275 | 375 | 440 |
| | Associate/Staff Lawyer | 39 | 537 | 205 | 156 | 190 | 245 | 305 |
| East North Central | Equity Partner/Shareholder | 124 | 1,590 | 305 | 250 | 300 | 366 | 395 |
| | Non-Equity Partner | 80 | 522 | 272 | 202 | 270 | 335 | 380 |
| | Associate/Staff Lawyer | 118 | 1,396 | 200 | 160 | 195 | 235 | 270 |
| West North Central | Equity Partner/Shareholder | 36 | 515 | 259 | 215 | 250 | 295 | 335 |
| | Non-Equity Partner | 19 | 77 | 250 | 220 | 260 | 283 | 300 |
| | Associate/Staff Lawyer | 37 | 438 | 169 | 145 | 169 | 190 | 211 |
| Mountain | Equity Partner/Shareholder | 30 | 382 | 293 | 230 | 285 | 350 | 407 |
| | Non-Equity Partner | 16 | 60 | 297 | 250 | 300 | 349 | 390 |
| | Associate/Staff Lawyer | 28 | 304 | 201 | 160 | 195 | 225 | 260 |
| Pacific | Equity Partner/Shareholder | 72 | 575 | 331 | 260 | 310 | 385 | 490 |
| | Non-Equity Partner | 40 | 196 | 330 | 207 | 295 | 450 | 502 |
| | Associate/Staff Lawyer | 75 | 880 | 237 | 180 | 215 | 280 | 350 |

**EXHIBIT 2**

7

Bobb (EXHBITS to SMK Decl).wpd

REGION BY YEARS OF LEGAL EXPERIENCE
STANDARD HOURLY BILLING RATES
As of January 1, 2007

| Region/Years of Experience | | Number of Offices | Number of Lawyers | RATE | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| West North Central | Under 2 Years | 27 | 110 | 144 | 130 | 140 | 156 | 170 |
| | 2 or 3 Years | 24 | 89 | 160 | 147 | 160 | 175 | 190 |
| | 4 or 5 Years | 23 | 92 | 174 | 160 | 175 | 190 | 200 |
| | 6 or 7 Years | 24 | 88 | 193 | 170 | 190 | 220 | 236 |
| | 8 to 10 Years | 28 | 88 | 205 | 174 | 192 | 240 | 265 |
| | 11 to 15 Years | 33 | 122 | 231 | 200 | 230 | 276 | 295 |
| | 16 to 20 Years | 30 | 101 | 250 | 210 | 250 | 294 | 315 |
| | 21 to 30 Years | 29 | 193 | 265 | 215 | 260 | 300 | 345 |
| | 31 or More Years | 29 | 138 | 278 | 235 | 280 | 310 | 365 |
| Mountain | Under 2 Years | 22 | 78 | 173 | 150 | 175 | 191 | 210 |
| | 2 or 3 Years | 19 | 81 | 187 | 160 | 190 | 210 | 225 |
| | 4 or 5 Years | 20 | 55 | 206 | 175 | 205 | 240 | 254 |
| | 6 or 7 Years | 20 | 47 | 221 | 180 | 220 | 260 | 285 |
| | 8 to 10 Years | 20 | 63 | 242 | 200 | 250 | 285 | 325 |
| | 11 to 15 Years | 22 | 80 | 263 | 213 | 265 | 300 | 350 |
| | 16 to 20 Years | 24 | 88 | 281 | 225 | 270 | 348 | 391 |
| | 21 to 30 Years | 28 | 158 | 292 | 235 | 275 | 345 | 395 |
| | 31 or More Years | 24 | 96 | 347 | 290 | 340 | 389 | 486 |
| Pacific | Under 2 Years | 54 | 162 | 196 | 155 | 190 | 246 | 260 |
| | 2 or 3 Years | 53 | 184 | 217 | 171 | 205 | 275 | 303 |
| | 4 or 5 Years | 49 | 147 | 242 | 185 | 225 | 320 | 341 |
| | 6 or 7 Years | 52 | 131 | 258 | 185 | 240 | 315 | 400 |
| | 8 to 10 Years | 64 | 183 | 271 | 200 | 250 | 325 | 405 |
| | 11 to 15 Years | 57 | 200 | 284 | 210 | 270 | 335 | 435 |
| | 16 to 20 Years | 55 | 163 | 311 | 225 | 285 | 390 | 461 |
| | 21 to 30 Years | 65 | 307 | 339 | 260 | 315 | 400 | 525 |
| | 31 or More Years | 52 | 183 | 360 | 280 | 325 | 450 | 545 |

**EXHIBIT 3**
8

STATE
STANDARD HOURLY BILLING RATES
As of January 1, 2007

| State/Status | | Number of Offices | Number of Lawyers | Average $ | RATE | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| AL | Partner/Shareholder-Equity/Non-Equity | 11 | 156 | 235 | 200 | 225 | 268 | 314 |
| | Associate/Staff Lawyer | 11 | 97 | 156 | 145 | 150 | 170 | 200 |
| AR | Partner/Shareholder-Equity/Non-Equity | 3 | 41 | -- | -- | -- | -- | -- |
| | Associate/Staff Lawyer | 2 | 23 | -- | -- | -- | -- | -- |
| AZ | Partner/Shareholder-Equity/Non-Equity | 5 | 70 | 326 | 300 | 320 | 350 | 400 |
| | Associate/Staff Lawyer | 5 | 38 | 229 | 200 | 233 | 260 | 271 |
| CA | Partner/Shareholder-Equity/Non-Equity | 52 | 473 | 353 | 245 | 340 | 450 | 535 |
| | Associate/Staff Lawyer | 51 | 627 | 252 | 182 | 250 | 305 | 375 |
| CO | Partner/Shareholder-Equity/Non-Equity | 7 | 87 | 301 | 165 | 325 | 375 | 398 |
| | Associate/Staff Lawyer | 6 | 78 | 215 | 175 | 205 | 250 | 296 |
| CT | Partner/Shareholder-Equity/Non-Equity | 2 | 10 | -- | -- | -- | -- | -- |
| | Associate/Staff Lawyer | 4 | 15 | -- | -- | -- | -- | -- |
| DC | Partner/Shareholder-Equity/Non-Equity | 16 | 237 | 466 | 410 | 455 | 533 | 590 |
| | Associate/Staff Lawyer | 16 | 192 | 309 | 245 | 295 | 365 | 414 |
| DE | Partner/Shareholder-Equity/Non-Equity | 10 | 99 | 427 | 350 | 425 | 495 | 525 |
| | Associate/Staff Lawyer | 6 | 78 | 279 | 240 | 265 | 301 | 365 |
| FL | Partner/Shareholder-Equity/Non-Equity | 32 | 391 | 305 | 247 | 300 | 360 | 425 |
| | Associate/Staff Lawyer | 29 | 360 | 197 | 155 | 185 | 225 | 270 |
| GA | Partner/Shareholder-Equity/Non-Equity | 16 | 285 | 323 | 213 | 340 | 415 | 455 |
| | Associate/Staff Lawyer | 15 | 292 | 213 | 144 | 200 | 264 | 308 |
| HI | Partner/Shareholder-Equity/Non-Equity | 7 | 100 | 285 | 250 | 285 | 320 | 350 |
| | Associate/Staff Lawyer | 7 | 95 | 182 | 145 | 180 | 200 | 254 |
| IA | Partner/Shareholder-Equity/Non-Equity | 5 | 85 | 218 | 195 | 230 | 235 | 250 |
| | Associate/Staff Lawyer | 4 | 32 | -- | -- | -- | -- | -- |
| ID | Partner/Shareholder-Equity/Non-Equity | 3 | 30 | -- | -- | -- | -- | -- |
| | Associate/Staff Lawyer | 1 | 13 | -- | -- | -- | -- | -- |

(continued on next page)

**EXHIBIT 4**
9

**STATE BY YEARS OF LEGAL EXPERIENCE**
**STANDARD HOURLY BILLING RATES**
**As of January 1, 2007**

| State/Years of Experience | | Number of Offices | Number of Lawyers | Average $ | RATE | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| AL | Under 2 Years | 7 | 23 | 153 | 145 | 145 | 160 | 215 |
| | 2 or 3 Years | 9 | 24 | 150 | 125 | 150 | 170 | 185 |
| | 4 or 5 Years | 7 | 21 | 148 | 133 | 150 | 150 | 193 |
| | 6 or 7 Years | 9 | 29 | 184 | 150 | 175 | 213 | 250 |
| | 8 to 10 Years | 8 | 23 | 200 | 150 | 200 | 225 | 250 |
| | 11 to 15 Years | 10 | 34 | 223 | 175 | 205 | 253 | 335 |
| | 16 to 20 Years | 7 | 25 | 228 | 200 | 225 | 253 | 286 |
| | 21 to 30 Years | 10 | 42 | 240 | 201 | 243 | 275 | 315 |
| | 31 or More Years | 7 | 32 | 269 | 222 | 256 | 304 | 325 |
| AZ | 21 to 30 Years | 5 | 22 | 324 | 283 | 330 | 386 | 407 |
| CA | Under 2 Years | 40 | 124 | 204 | 160 | 195 | 260 | 263 |
| | 2 or 3 Years | 36 | 132 | 230 | 177 | 210 | 280 | 305 |
| | 4 or 5 Years | 33 | 110 | 254 | 185 | 250 | 325 | 350 |
| | 6 or 7 Years | 35 | 87 | 275 | 185 | 265 | 375 | 405 |
| | 8 to 10 Years | 42 | 113 | 291 | 200 | 275 | 378 | 418 |
| | 11 to 15 Years | 40 | 134 | 298 | 209 | 290 | 375 | 440 |
| | 16 to 20 Years | 39 | 104 | 333 | 210 | 325 | 425 | 490 |
| | 21 to 30 Years | 47 | 188 | 367 | 285 | 356 | 471 | 545 |
| | 31 or More Years | 33 | 102 | 389 | 293 | 385 | 511 | 560 |
| CO | 8 to 10 Years | 5 | 16 | 226 | – | 223 | – | – |
| | 11 to 15 Years | 6 | 18 | 249 | 185 | 268 | 293 | 390 |
| | 16 to 20 Years | 5 | 15 | 255 | – | 303 | – | – |
| | 21 to 30 Years | 6 | 40 | 299 | 165 | 338 | 350 | 385 |
| | 31 or More Years | 7 | 23 | 368 | 333 | 360 | 400 | 473 |

(continued on next page)

Altman Weil Publications, Inc.

2007 Survey of Law Firm Economics - Page 93

**EXHIBIT 5**
10

YEAR ADMITTED TO BAR
STANDARD HOURLY BILLING RATES
As of January 1, 2007

| Year Admitted to Bar | Number of Offices | Number of Lawyers | RATE | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ | |
| Before 1964 | 134 | 217 | 352 | 275 | 350 | 418 | 536 | |
| 1964 - 1968 | 243 | 444 | 351 | 276 | 343 | 409 | 490 | |
| 1969 - 1973 | 332 | 841 | 350 | 275 | 345 | 410 | 500 | |
| 1974 - 1978 | 423 | 1,405 | 340 | 260 | 325 | 400 | 485 | |
| 1979 - 1983 | 426 | 1,726 | 329 | 260 | 325 | 385 | 460 | |
| 1984 - 1988 | 444 | 1,814 | 308 | 240 | 300 | 370 | 435 | |
| 1989 - 1993 | 483 | 1,908 | 288 | 225 | 280 | 340 | 405 | |
| 1994 - 1998 | 497 | 2,467 | 264 | 205 | 250 | 310 | 375 | |
| 1999 - 2003 | 503 | 3,348 | 220 | 176 | 210 | 255 | 305 | |
| 2004 | 303 | 765 | 192 | 155 | 185 | 225 | 264 | |
| 2005 | 315 | 772 | 184 | 150 | 175 | 210 | 245 | |
| 2006 | 274 | 657 | 174 | 145 | 165 | 200 | 225 | |
| 2007 | 14 | 24 | 155 | 140 | 155 | 165 | 210 | |

**EXHIBIT 6**
11

**INDIVIDUAL LITIGATION SPECIALTIES**
**STANDARD HOURLY BILLING RATES**
**As of January 1, 2007**

| Specialty/Status | | Number of Offices | Number of Lawyers | RATE | | | | |
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
|---|---|---|---|---|---|---|---|---|
| Intellectual Property | Partner/Shareholder-Equity/Non-Equity | 40 | 110 | 397 | 323 | 388 | 475 | 535 |
| | Associate/Staff Lawyer | 24 | 83 | 261 | 215 | 235 | 310 | 371 |
| International | Partner/Shareholder-Equity/Non-Equity | 1 | 1 | -- | -- | -- | -- | -- |
| | Associate/Staff Lawyer | 3 | 3 | -- | -- | -- | -- | -- |
| Labor-Mgmt. | Partner/Shareholder-Equity/Non-Equity | 40 | 85 | 302 | 250 | 300 | 360 | 400 |
| | Associate/Staff Lawyer | 16 | 38 | 216 | 176 | 220 | 255 | 271 |
| Labor-Union | Partner/Shareholder-Equity/Non-Equity | 6 | 6 | -- | -- | -- | -- | -- |
| | Associate/Staff Lawyer | 1 | 1 | -- | -- | -- | -- | -- |
| Maritime | Partner/Shareholder-Equity/Non-Equity | 12 | 19 | 277 | 225 | 260 | 320 | 375 |
| | Associate/Staff Lawyer | 5 | 7 | 205 | -- | -- | -- | -- |
| Natural Resources | Partner/Shareholder-Equity/Non-Equity | 12 | 27 | 313 | 260 | 300 | 355 | 452 |
| | Associate/Staff Lawyer | 3 | 4 | -- | -- | -- | -- | -- |
| Personal Injury | Partner/Shareholder-Equity/Non-Equity | 60 | 135 | 282 | 215 | 300 | 335 | 380 |
| | Associate/Staff Lawyer | 31 | 71 | 182 | 148 | 175 | 205 | 242 |
| Products Liability | Partner/Shareholder-Equity/Non-Equity | 66 | 186 | 303 | 225 | 280 | 380 | 452 |
| | Associate/Staff Lawyer | 40 | 131 | 199 | 152 | 175 | 225 | 305 |
| Real Estate | Partner/Shareholder-Equity/Non-Equity | 38 | 60 | 291 | 229 | 293 | 349 | 394 |
| | Associate/Staff Lawyer | 36 | 57 | 211 | 170 | 200 | 245 | 277 |
| Securities | Partner/Shareholder-Equity/Non-Equity | 16 | 33 | 381 | 325 | 370 | 440 | 499 |
| | Associate/Staff Lawyer | 14 | 28 | 256 | 218 | 250 | 280 | 317 |
| Taxation | Partner/Shareholder-Equity/Non-Equity | 14 | 19 | 350 | 285 | 325 | 395 | 500 |
| | Associate/Staff Lawyer | 9 | 14 | 217 | -- | 203 | -- | -- |
| Trusts/Estates/Probate | Partner/Shareholder-Equity/Non-Equity | 18 | 23 | 339 | 265 | 320 | 425 | 504 |
| | Associate/Staff Lawyer | 5 | 9 | 249 | -- | -- | -- | -- |
| Workers' Compensation | Partner/Shareholder-Equity/Non-Equity | 51 | 119 | 170 | 145 | 153 | 200 | 235 |
| | Associate/Staff Lawyer | 37 | 101 | 139 | 129 | 135 | 150 | 175 |

(continued on next page)

Altman Weil Publications, Inc.

EXHIBIT 7
12

STANDARD HOURLY BILLING RATES
As of January 1, 2007

| Specialty/Years of Experience | | Number of Offices | Number of Lawyers | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
|---|---|---|---|---|---|---|---|---|
| Family & Domestic Law | Under 2 Years | 7 | 10 | 173 | – | – | – | – |
| | 2 or 3 Years | 13 | 16 | 184 | – | 195 | – | – |
| | 4 or 5 Years | 8 | 11 | 210 | – | 215 | – | – |
| | 6 or 7 Years | 9 | 9 | 216 | – | – | – | – |
| | 8 to 10 Years | 12 | 15 | 264 | – | 250 | – | – |
| | 11 to 15 Years | 17 | 25 | 272 | 260 | 276 | 298 | 340 |
| | 16 to 20 Years | 8 | 9 | 318 | – | – | – | – |
| | 21 to 30 Years | 16 | 20 | 327 | 270 | 338 | 386 | 409 |
| | 31 or More Years | 15 | 25 | 380 | 320 | 375 | 455 | 507 |
| Health Care | Under 2 Years | 8 | 10 | 159 | – | – | – | – |
| | 2 or 3 Years | 10 | 20 | 166 | 139 | 150 | 181 | 259 |
| | 4 or 5 Years | 11 | 13 | 166 | – | 153 | – | – |
| | 6 or 7 Years | 16 | 21 | 198 | 155 | 190 | 220 | 321 |
| | 8 to 10 Years | 11 | 15 | 196 | – | 168 | – | – |
| | 11 to 15 Years | 23 | 37 | 244 | 188 | 235 | 290 | 384 |
| | 16 to 20 Years | 18 | 24 | 270 | 202 | 248 | 321 | 430 |
| | 21 to 30 Years | 26 | 39 | 283 | 217 | 270 | 325 | 440 |
| | 31 or More Years | 14 | 17 | 307 | 220 | 285 | 350 | 530 |
| Intellectual Property | Under 2 Years | 13 | 24 | 216 | 178 | 210 | 225 | 233 |
| | 2 or 3 Years | 11 | 18 | 232 | 214 | 230 | 261 | 276 |
| | 4 or 5 Years | 8 | 13 | 280 | – | 295 | – | – |
| | 6 or 7 Years | 11 | 19 | 326 | 295 | 325 | 375 | 400 |
| | 8 to 10 Years | 13 | 18 | 319 | 260 | 300 | 361 | 461 |
| | 11 to 15 Years | 20 | 38 | 379 | 315 | 390 | 440 | 475 |
| | 16 to 20 Years | 16 | 21 | 422 | 363 | 430 | 483 | 548 |
| | 21 to 30 Years | 18 | 23 | 413 | 325 | 430 | 480 | 550 |
| | 31 or More Years | 13 | 15 | 456 | – | 525 | – | – |

(continued on next page)

RATE

INDIVIDUAL LITIGATION SPECIALTIES BY YEARS OF LEGAL EXPERIENCE
STANDARD HOURLY BILLING RATES

**EXHIBIT 8**
13



# 2007 ALM Research Survey Report

# Billing Rates & Practices

ALM RESEARCH

EXHIBIT 9
14

# 2007 ALM Research Survey Report
# Billing Rates and Practices

A Study of the Billing Rates and Alternative Billing Practices
of Lawyers in Small and Midsize Firms and Solo Practices

## ALM Research
## A division of ALM

Author
**Margaret Daisley**
Surveys and Research Consultant
New York, New York

**Anna Romanovich**
Research Analyst, ALM Research

**Christine Yoest**
Marketing Manager, ALM Research

**Sandy Wong**
Graphic Design/Art, ALM

**ALM RESEARCH**

**EXHIBIT 9**
15

ALM Research
A division of ALM
345 Park Avenue South
New York, NY 10010

Copyright© 2007 by ALM Properties, Inc. All rights reserved.

No part of this work may be reproduced or copied in any form or by any means, graphic, electronic or
mechanical, including photocopying, recording, taping, or information and retrieval systems, without
prior written permission of the publisher.

For all reprint permissions contact ALM Reprints, 345 Park Avenue South
New York, NY 10010, 212.545.6111 or by e-mail at reprints@alm.com.

**EXHIBIT 9**
16

## About ALM Research

ALM Research is a division of ALM, a leading integrated media company serving legal, real estate, financial, and business professionals. ALM Research was formed in 2002 in response to the growing demand for competitive intelligence within the legal industry. Our core product, ALM Research Online (www.almresearchonline.com), provides subscription access to research and surveys conducted by ALM's industry-leading publications, including *The American Lawyer*, *The National Law Journal*, and *IP Law & Business*. ALM Research also offers custom research services, and publishes a number of research products in partnership with industry experts and analysts. These include our annual *Law Firm Business Development Practices Survey*, the *2006 Global Law Firm Knowledge Management Survey*, the *2007 Legal Technology Market Assessment Study*, and the *2007 Law Firm Practice Group Management Survey*.

## About Margaret Daisley

Margaret Daisley has been a surveys and research consultant and editor for several publishing enterprises in New York City since 2004, specializing in conducting primary quantitative research, and writing, editing, and publishing research reports. Previously, she was the editorial research director for ALM Media's national publications, which include *The American Lawyer*, *The National Law Journal*, and *Corporate Counsel*. For seven years, she was very much involved in the research and reporting of The Am Law 200, the NLJ 250, the General Counsel Compensation Survey, and all of ALM's signature surveys, as well as participating in a project to electronically archive all of the legacy data from these surveys. Since 2004, Daisley has worked as a consultant to ALM Research. She is currently working on the *2007 Business Development Survey* for ALM Research.

**EXHIBIT 9**
17



2007 ALM Research Survey Report
# Billing Rates and Practices

## Table of Contents

1. Executive Summary ..................................................................... 1

2. Respondent Demographics ........................................................... 5

3. The Billable Hour ...................................................................... 13

4. Billable Hours Requirements ...................................................... 27

5. Alternatives to the Billable Hour ............................................... 29

6. Variations on the Billable Hour ................................................. 37

7. Gender Differences ................................................................... 43

8. Methodology ............................................................................ 49

9. Questionnaire ........................................................................... 51

10. Additional Tables ..................................................................... 55

**EXHIBIT 9**
18

# Section 1.  Executive Summary

Is the billable hour dead, as many like to proclaim (whether wistfully or presciently)? Not according to the more than 5,000 respondents who provided information for this survey about their billing rates—lawyers from midsize and small firms and solo practices across the U.S. The average hourly billing rate for this group of attorneys, nationwide, is $240.

At the same time, a great majority of respondents also reported that they offer alternatives to, and variations on, the billable hour, providing a benchmark for just how pervasive this trend is. Though larger firms seem to be more disposed to offering various alternatives and variations, solo practitioners—by far—derive a higher percentage of their revenue from them. Fixed/flat fees and contingency arrangements were the most popular alternatives and variations among respondents. And male attorneys, on average, indicated they were more disposed to offering alternatives to, and variations on the billable hour, especially contingency arrangements and hybrid fees.

As for billing rates, perhaps the most significant trend uncovered by the ALM Research Survey of Billing Rates and Practices was that female attorneys, on average, tend to bill at lower hourly rates than male attorneys, regardless of firm size, years in practice, geography, and—with a few exceptions—practice area.

Unsurprisingly, the survey results confirm conventional wisdom that there are strong correlations between hourly billing rates, firm size, and years in practice—i.e., the larger the firm, or the more years in practice, the higher the billing rate.

## Overview

The ALM Research Survey of Billing Rates and Practices focused on the billing practices of attorneys in small (2 to 39 attorneys) and midsize (40 to 170 attorneys) law firms and solo practices across the U.S. The survey was conducted between April and July 2007 via a Web survey.

Questions about billing rates and practices in this survey were modeled after the questionnaire used in the *National Law Journal*'s annual NLJ Billing Survey of large law firms (170 or more lawyers)[1]. We purposely excluded these large firm attorneys from this survey in order to avoid redundancy about billing information in that sector. Where appropriate and possible, information from the NLJ Billing Survey is presented in this report for comparison with the information about billing rates and alternative billing practices for solos, small and midsize firm attorneys from this survey.

We sent out 184,300 survey invitations to solo practitioners and small and midsize firm lawyers in all 50 states and received 5,058 responses. Respondents were promised a free copy of the initial report of national results in return for their participation in the survey.

## Respondent Demographics

Respondents' demographics were reasonably representative of the national profile for attorneys in firms of these sizes:

- About a third had solo practices, 58% were from small firms, and 10% from midsize firms.

---

[1] The *National Law Journal*'s annual Billing Survey gathers information about billing rates and practices among NLJ 250 firms. The NLJ 250 is their annual survey of the largest firms in the U.S., based on number of lawyers. In the most recent survey (2006), NLJ 250 firms had 170 or more lawyers. Data from *National Law Journal* surveys is available through ALM Research Online at www.almresearchonline.com.

**EXHIBIT 9**
19

- 19% had been practicing less than ten years, 26% had been practicing 10 to 20 years, and 55% had been practicing for 20 or more years.

- 78% were male, 22% female.

- All but a very small percentage were the leader, manager, partner, shareholder, or owner of their firm.

- The most represented practice areas included: litigation, family law, real estate, trusts and estates, general practice, business, labor and employment, intellectual property, criminal practice, and personal injury.

- The most representative clients were "general"—general business and organizations, and general family and individuals. Other client bases that were well-represented include real estate, insurance, construction/development, health care, government, banking, and manufacturing.

- There were many variations in the data based on geography, practice area, and client/industry.

## Billing Rates and Billables Requirements

- About 98% of respondents volunteered information regarding their hourly billing rates—highs, lows, and averages.

- The average billing rate, nationally, was $240 and the median was $225.

- In general, the larger the firm, the higher the billing rate.

- As expected, the more years in practice, the higher the billing rate.

- Of counsel and practice area heads reported charging, on average, slightly higher rates than partners, members, shareholders, principals, and managing partners.

- Solo practitioners reported charging, on average, lower billing rates than all of the titles listed above. Only associates reported charging lower rates than solos.

- Billing rates were higher, on average, among respondents from both the East and West Coasts, and highest in the Middle Atlantic region (New York, New Jersey, Pennsylvania).

- Billing rates were lowest, on average, among respondents from the East South Central region (Mississippi, Alabama, Tennessee, and Kentucky).

- In specific major metro areas, respondents from New York City reported the highest average rates nationally, followed by Beverly Hills, Washington, DC, San Francisco, and New York's Long Island region. Only areas with sufficient data (30 or more) were examined.

- Respondents in intellectual property law had the highest billing rates, on average, of those practice areas with a statistically significant number of responses. After that, the practice areas with the highest reported rates were corporate and securities, taxation, environmental law, and health law.

- Client bases with the highest billing rates, where there was a sufficient number of responses for analysis, were financial services, entertainment, technology, general business, and real estate.

- The average required billable hours for small and midsize firms for partners was 1,701 and for associates it was 1,755.

- Just under one-half of small and midsize firms reported having annual billable hours requirements for associates. About half that number had billables requirements for partners. However, these percentages varied quite a bit by firm size.

**EXHIBIT 9**
20

- Annual hourly billing requirements were generally more prevalent among midsize firms, branch offices and main offices (as opposed to firms with only one office), and in the New England, Mountain, Mid-Atlantic, and Pacific Coast regions.

## Alternatives to, and Variations on, the Billable Hour

- A significant majority (88%) of respondents said they offer "alternatives" to the billable hour, and 69% reported offering "variations" on the billable hour.

- Respondents from midsize firms were slightly more likely to report offering alternatives to, and variations on, the billable hour.

- The most frequently cited alternatives were fixed/flat fees, contingency fees, and retainer arrangements. The most popular variations were fixed/flat fees, contingency structures, and discounted hourly billing rates.

- Of those who reported offering billing alternatives, 37% of their annual revenue came from these alternatives, on average. Of those who reported offering variations on the billable hour, 29% of their annual revenue came from these variations, on average.

- The percentage of revenue obtained from these alternatives and variations was significantly higher for solos than for attorneys from small, midsize, and large firms.

- Respondents in the following practice areas were most likely to offer alternative billing methods: personal injury, creditors and debtors rights, immigration law, criminal practice, and general practice.

- Clients/industries of respondents most likely to offer alternatives included entertainment, banking, general business, financial services, and health care.

- Respondents in the following practice areas were most likely to offer variations on the billable hour: corporate and securities, health law, creditors and debtors rights, government and regulatory, and labor and employment.

- Clients/industries for respondents most likely to offer variations on the billable hour were, besides the various permutations of "general" practices, banking, financial services, and entertainment.

- Respondents practicing alternative dispute resolution were the least likely to offer alternatives or variations.

## Gender Differences

- The data showed that female lawyers rather consistently bill at lower rates than males, regardless of firm size, years in practice, geography, and—with a few exceptions—practice area.

- A higher percentage of male attorneys than female attorneys said they offered alternatives to, and variations on, the billable hour, regardless of the type of alternative or variation offered, with a few exceptions.

- The most popular practice areas for females were family law (20.3%), litigation (11.3%), trusts and estates (9%), real estate (6.5%), and labor and employment (5.7%).

- The most popular practice areas for males were litigation (17.1%), real estate (8.1%), general practice (7.2%), trusts and estates (7.1%), and family law (6%).

Page 3

**EXHIBIT 9**
21

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16133 Ventura Boulevard, Penthouse A, Encino, California 91436-2447.

On February 25, 2009, I served the foregoing document described as: **DECLARATION OF RONALD GOLD IN SUPPORT OF DEFENDANTS' MOTION FOR MANDATORY AWARD OF ATTORNEYS' FEES ON ANTI-SLAPP MOTION** on the parties in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

<u>X</u>   by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

___   by placing __ the original __ a true copy thereof enclosed in sealed envelopes addressed as follows:

[X]   **BY MAIL:** I placed each such envelope, with postage thereon fully prepaid for first-class mail for collection and mailing at 16133 Ventura Boulevard, Penthouse A, Encino, California, following ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]   **BY US EXPRESS MAIL:** I caused said document to be deposited with an express service carrier in a sealed envelope designated by the carrier as an express mail envelope, with fees and postage prepaid.

[ ]   **BY PERSONAL SERVICE:** I caused each such envelope to be delivered by hand to the addressee(s) noted above.

[ ]   **BY FAX:** I caused the above-referenced document(s) to be transmitted to the above-named person(s) at the following telecopier number(s):

[X]   (STATE) I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

[ ]   (FEDERAL) I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 25, 2009, at Encino, California.

_____
IRIS L. ALTER

W:\Ritch v. Bobb\Anti-SLAPP fee motion Gold Decl.wpd

Page 5
Declaration of Ronald Gold
Anti-SLAPP fee motion Gold Decl.wpd

## MAILING LIST

1

2  Albert Sterwerf, Esq.
   Law Offices of Albert Sterwerf
3  18200 Von Karman Avenue, 6th Floor
   Irvine, California 92612

4
   Albert Sterwerf, Esq.
5  Law Offices of Albert Sterwerf
   1352 Irvine Boulevard
6  Tustin, California 92780

7  Sarah L. Overton, Esq.
   Cummings, McClorey, Davis, et al.
8  3801 University Avenue, #700
   Riverside, California 92501

9
   Catherine S. Mason, Esq.
10 Collins, Collins, Muir & Stewart
   1100 El Centro Street
11 South Pasadena, California 91030

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Ronald Gold
Anti-SLAPP fee motion Gold Decl.wpd