1 | Ronald Gold, State Bar № 52416
**Oldman, Cooley, Sallus, Gold,**
2 | **Birnberg & Coleman, LLP**
16133 Ventura Blvd. Penthouse A
3 | Encino, CA 91436
818 986 8080
4 |

FILED
CLERK, U.S. DISTRICT COURT

**FEB 26** 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

5 | Attorneys for RONALD BERMAN, an Individual, JAMES SCHNEIDERS, an Individual,
LISA MACCARLEY, an Individual, CHRISTOPHER JOHNSON, an Individual, DAVID
6 | COLEMAN, an Individual, ANDREA STERN-HODGES, an Individual, HOWARD STERN,
An Individual, BERMAN & BERMAN, A Professional Law Corporation, OLDMAN,
7 | COOLEY, SALLUS, GOLD, BIRNBERG & COLEMAN, A Limited Liability Partnership,
and RUSSAKOW, RYAN & JOHNSON, A Professional Law Corporation.
8 |

9 |
10 |                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA
11 |

12 | RICKY RITCH, an Individual, and DONNA
RITCH, an Individual,

13 |        Plaintiffs,

14 |              v.

15 | AVIVA BOBB, an Individual, *et al.*

16 |        Defendants.

Case № CV 06-4795 CAS (JWJx)

**DECLARATION OF S. MARTIN
KELETI IN SUPPORT OF
DEFENDANTS' MOTION FOR
MANDATORY AWARD OF
ATTORNEYS' FEES ON ANTI-
SLAPP MOTION**

[Cal. Code Civ. Pro. § 425.16(c)]

17 |

18 |        Date:        March 23, 2009
        Time:        10:00 A.M.
19 |        Room:        5

20 |

21 |
22 |

RECEIVED
BUT NOT FILED

FEB 26 2009

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY                              DEPUTY

23 |
24 |
25 |
26 |
27 |
28 |

1    I, S. MARTIN KELETI, declare as follows:

2    1.    I am an attorney at law duly licensed to practice before all courts of the State of

3 California, and am admitted to the bars of the United States District Courts for the Central

4 District and the Northern District of California, the United States Court of Appeals for the

5 Ninth Circuit, and the District of Columbia Court of Appeals. The facts set forth below are

6 within my own personal knowledge, and if called to testify as a witness thereto, I could and

7 would competently do so. I submit this declaration in support of defendants' motion for

8 attorneys' fees.

9    2.    I am an associate attorney for the law firm of Cohen and Cohen. The firm's

10 practice is largely devoted to copyright and other intellectual property matters, chiefly in the

11 music business and other entertainment industries, but the scope of the firm's matters has

12 extended to trademark prosecution and litigation, real estate litigation, civil rights litigation,

13 estate planning and probate of estates. The firm has represented parties in several cases that

14 have paved new legal ground, resulting in appellate decisions in both state and federal courts,

15 such as *Marascalco v. Fantasy, Inc.*, 17 U.S.P.Q.2d 1409 (C.D. Cal 1990), *aff'd* 953 F.2d

16 469 (1991); *Cohen v. Paramount Pictures*, 845 F.2d 851 (9th Cir. 1988); *Peterson v.*

17 *Highland Music*, 140 F.3d 1313 (9th Cir. 1998); and *Third Story Music v. Waits*, 41 Cal.

18 App. 4th 798 (1995).

19    3.    I have represented both parties seeking affirmative relief and parties defending

20 claims. I have represented parties both at trial and on appeal. I have represented parties in

21 both state and federal courts. I have successfully made attorneys' fee applications in state court

22 actions for both trial and appellate work. I also have succeeded in obtaining awards of attorney

23 fees in federal trial courts.

24    4.    I have been retained by trial lawyers who have consulted me for my expertise

25 in copyright law, to whom I have in some instances given advice; in some instances I have

26 either ghost-written or edited their briefs. Counsel from out of state have sought me to serve

27 as local counsel in this district in cases involving copyright law. I have given presentations on

28 copyright law and recent developments in the law to members of California Lawyers for the

Bobb-Keleti Decl .wpd

1  Arts and the Association of Independent Music Publishers. I have been a guest lecturer on
2  several occasions to classes at UCLA Extension, and been an adjunct professor of law at
3  Whittier Law School, where I taught International Copyright Law.

4       5.    In connection with those actions which I litigate, I frequently litigate claims for
5  attorneys' fees, whether in the context of actions where there is a contractual provision for
6  attorneys' fees, or in actions where an anti-SLAPP motion has been filed, or, most often, in
7  intellectual property actions in which there is a statutory right to attorney fees, such as by
8  federal law (e.g., actions under the Copyright Act, 17 U.S.C. § 505) or state law (e.g., right
9  of publicity claims pursuant to California Civil Code § 3344).

10       6.    I have reviewed the file in this action and the billing materials of defendants'
11  attorneys, including the information regarding the education and experience of the personnel.
12  The amounts of time are reasonable, in light of the complexity of the action. The complaint
13  against defendants was 245 pages in length and often written in incomprehensible language.
14  The complaint alleged 11 causes of action broken up into 52 separate counts alleging torts
15  from slander to RICO. Plaintiffs sought $100,000,000 in damages. It takes considerable time
16  to analyze such a complaint and to prepare defenses to it. The amount spent is reasonable in
17  relation to the amount of work which needed to be done; having an individual with the training
18  of a lawyer but the hourly rate of a paralegal do much of the work is particularly cost-
19  effective. The bulk of the time was spent reviewing the voluminous complaint and framing a
20  motion to dismiss. A reasonable amount of time was spent keeping abreast of the progress of
21  the litigation, such as communicating with the court and reviewing the paperwork generated.
22  There does not appear to be padding in the nature of over-staffing and many conferences.

23       7.    As evidence of the reasonableness of the hourly rates claimed, I attach and
24  incorporate by reference as Exhibits 1, 2, 3, 4, 5, 6, 7, and 8 pages taken from the 2007
25  edition of "The Survey of Law Firm Economics" conducted by Altman Weil, Inc. and
26  published by Altman Weil Publications, Inc. Unless otherwise stated, all references to
27  statistics are from this report. For multiple page tables, only the page which includes the
28  relevant statistics is included.

Page 3
Declaration of S. Martin Keleti

Bobb-Keleti Decl .wpd

8. Exhibit 1 shows standard hourly billing rates by region; in the Pacific region, the average hourly rate is $331 for equity partner/shareholder, $330 for non-equity partner, and $237 for associate/staff lawyer. The median hourly rate for an equity partner/shareholder is $310, the upper quartile is $385, and the ninth decile is $490.

9. Exhibit 2 shows standard hourly billing rates by region and years of experience. In the Pacific region, for attorneys with 11 to 15 years of experience, the average is $284, the median $270, the upper quartile $335, and the ninth decile, $435. For attorneys with 16 to 20 years of experience, the average is $311, the median $285, the upper quartile $390, and the ninth decile, $461. For attorneys with between 21 to 30 years of experience, the average is $339, the median $315, the upper quartile $400, and the ninth decile, $525. For attorneys with 31 or more years of experience, the average is $360, the median $325, the upper quartile $450, and the ninth decile, $545.

10. Exhibit 3 shows the standard hourly billing rates by state; in California, the average for partner (shareholder-equity or non-equity) is $353, the median $340, the upper quartile $450, and the ninth decile, $535; for associate/staff lawyer, the average is $252, the median $250, the upper quartile $305, and the ninth decile, $375.

11. Exhibit 4 shows standard hourly billing rates by state and years of experience. In California, for attorneys with 11 to 15 years of experience, the average is $298, the median $290, the upper quartile $375, and the ninth decile, $440. For attorneys with 16 to 20 years of experience, the average is $333, the median $325, the upper quartile $425, and the ninth decile, $490. For attorneys with between 21 to 30 years of experience, the average is $367, the median $356, the upper quartile $471, and the ninth decile, $545. For attorneys with 31 or more years of experience, the average is $389, the median $385, the upper quartile $511, and the ninth decile, $560.

12. Exhibit 5 shows the standard hourly billing rates by year of admission to the bar. For lawyers admitted between 1984 and 1988, the average is $308; for lawyers admitted between 1989 and 1993, the average is $288.

13. Exhibit 6 shows the standard billing rates for individual litigation specialties. For

1  trusts/estates/probate, the average for partner (shareholder-equity or non-equity) is $339, the

2  median $320, the upper quartile $425, the ninth decile, $504; for or associate/staff lawyer,

3  the average is $249.

4      14.    Exhibit 7 shows the standard billing rates for individual litigation specialties by

5  years of experience. For trusts/estates/probate, for attorneys with 21 to 30 years of

6  experience, the average is $359, while for attorneys with 31 or more years of experience, the

7  average is $374. Because of the relatively small sample size, there are no figures for the

8  median, lower quartile, upper quartile, and the ninth decile, or for attorneys with fewer than

9  21 years experience.

10      15.    Exhibit 8 shows the standard billing rates for individual non-litigation specialties.

11  I include this table only for the sake of comparison, to demonstrate that the rates for litigation

12  attorneys are higher than for nonlitigation attorneys in the same specialty. For trusts/estates/

13  probate, the average for partner (shareholder-equity or non-equity) is $308, the median $295,

14  the upper quartile $350, and the ninth decile, $420; for associate/staff lawyer, the average is

15  $229, the median $220, the upper quartile $275, and the ninth decile, $320.

16      16.    Exhibit 9 shows the standard billing rates for individual non-litigation specialties.

17  Again, I include this table only for the sake of comparison, because although the rates are

18  lower for nonlitigation attorneys in the same specialty, there is more information for different

19  levels of experience. For trusts/estates/probate, for attorneys with 11 to 15 years of

20  experience, the average is $282, the median $275, the upper quartile $300, and the ninth

21  decile, $375. For attorneys with 16 to 20 years of experience, the average is $306, the median

22  $300, the upper quartile $350, and the ninth decile, $400. For attorneys with between 21 to

23  30 years of experience, the average is $308, the median $295, the upper quartile $340, and

24  the ninth decile, $420. For attorneys with 31 or more years of experience, the average is

25  $326, the median $315, the upper quartile $375, and the ninth decile, $428.

26      17.    As further evidence of the reasonableness of the hourly rates claimed, I attach

27  and incorporate by reference as Exhibit 10 the executive summary of a 2007 ALM Research

28  report on billing rates and practices. The report polls more than 5,000 respondents providing

1   information for this survey about their billing rates—attorneys from midsize and small firms

2   and solo practices across the U.S. The average hourly billing rate for this group of attorneys,

3   nationwide, is $240, the median $225. In general, larger firms had higher rates. Rates were

4   higher, howver, on the east and west coasts. In specific major metro areas, respondents from

5   New York City reported the highest average rates nationally, followed by Beverly Hills (Los

6   Angeles), Washington, DC, San Francisco, and New York's Long Island region, rates in the

7   Central District of California are among the highest in the nation, and thus considerably higher

8   than the nationwide average.

9        18.   Attorney Ronald Gold was admitted to the bar in 1972. His hourly rate is $450.

10  This is higher than the upper quartile ($385), but not as high as the ninth decile ($490) of all

11  equity partner/shareholders in the Pacific Region. It is exactly at the upper quartile of all

12  lawyers with 31 or more years of experience in the Pacific Region, and the upper quartile of

13  all partner/shareholder-equity/non-equity lawyers in California. It is below the upper quartile

14  of all lawyers in California with more than 31 years of experience ($511). While Mr. Gold's

15  hourly rate is above average, it is not extreme for a lawyer of his experience in this region or

16  state, and can be expected to be on the higher side given the metropolitan area.

17       19.   Attorney David Coleman was admitted to the bar in 1987. His hourly rate is

18  $400. This higher than the upper quartile ($385), but not as high as the ninth decile ($490) of

19  all equity partner/shareholders in the Pacific Region.It is exactly at the upper quartile of all

20  lawyers with between 21 and 30 years of experience in the Pacific Region, and less than the

21  upper quartile of all partner/shareholder-equity/non-equity lawyers in California ($450).

22       20.   Attorney James Birnberg was admitted to the bar in 1966. His hourly rate is

23  $450, the same as Mr.Gold's, and has comparable experience (more than 30), and is equally

24  reasonable.

25       21.   Paralegal Scott Raphael was admitted to the bar in 1983 and resigned from the

26  bar with charges pending in 1999, so although he is not a lawyer, it makes sense to compare

27  his compensation as a paralegal doing the kind of work that lawyers do with the equivalent of

28  a lawyer with 13 years of experience, so the most apt comparison is with lawyers admitted

to the bar in 1995. Although he has more years of experience, his total experience is discounted to reflect the fact that he has not been a member of the bar for nine years. His hourly rate is $150, which is more than the rates charged for many paralegals, but much lower than a lawyer with 13 years of experience, whether in comparison with the Pacific region or California.

22.     I have spent at least 3.0 hours reviewing the pleading file and billing records in this action, collecting statistics regarding hourly rates charged by attorneys, and drafting this declaration. My hourly rate is $400, which is reasonable for an attorney of my experience in my geographical area. I therefore am charging $1,200 for my time in rendering my opinion.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on February 12, 2009, at Los Angeles, California.

S. MARTIN KELETI

Declaration of S. Martin Keleti

Bobb-Keleti Declaration.wpd

REGION
STANDARD HOURLY BILLING RATES
As of January 1, 2007

| Region/Status | | Number of Offices | Number of Lawyers | Average $ | RATE | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| New England | Equity Partner/Shareholder | 21 | 198 | 282 | 235 | 260 | 316 | 376 |
| | Non-Equity Partner | 16 | 55 | 304 | 245 | 300 | 350 | 397 |
| | Associate/Staff Lawyer | 28 | 171 | 205 | 160 | 190 | 235 | 279 |
| Middle Atlantic | Equity Partner/Shareholder | 76 | 1,014 | 367 | 285 | 350 | 450 | 525 |
| | Non-Equity Partner | 50 | 477 | 349 | 275 | 340 | 425 | 491 |
| | Associate/Staff Lawyer | 72 | 1,213 | 244 | 190 | 230 | 295 | 350 |
| South Atlantic | Equity Partner/Shareholder | 143 | 1,665 | 344 | 275 | 340 | 400 | 470 |
| | Non-Equity Partner | 111 | 593 | 337 | 270 | 340 | 400 | 465 |
| | Associate/Staff Lawyer | 140 | 1,795 | 225 | 175 | 220 | 260 | 315 |
| East South Central | Equity Partner/Shareholder | 36 | 454 | 261 | 210 | 260 | 306 | 350 |
| | Non-Equity Partner | 25 | 109 | 273 | 238 | 275 | 315 | 335 |
| | Associate/Staff Lawyer | 39 | 433 | 171 | 145 | 167 | 195 | 225 |
| West South Central | Equity Partner/Shareholder | 42 | 628 | 309 | 225 | 286 | 375 | 475 |
| | Non-Equity Partner | 31 | 190 | 293 | 208 | 275 | 375 | 440 |
| | Associate/Staff Lawyer | 39 | 537 | 205 | 156 | 190 | 245 | 305 |
| East North Central | Equity Partner/Shareholder | 124 | 1,590 | 305 | 250 | 300 | 356 | 395 |
| | Non-Equity Partner | 80 | 522 | 272 | 202 | 270 | 335 | 380 |
| | Associate/Staff Lawyer | 118 | 1,396 | 200 | 160 | 195 | 235 | 270 |
| West North Central | Equity Partner/Shareholder | 36 | 515 | 259 | 215 | 250 | 295 | 335 |
| | Non-Equity Partner | 19 | 77 | 250 | 220 | 260 | 283 | 300 |
| | Associate/Staff Lawyer | 37 | 438 | 169 | 145 | 169 | 190 | 211 |
| Mountain | Equity Partner/Shareholder | 30 | 382 | 293 | 230 | 285 | 350 | 407 |
| | Non-Equity Partner | 16 | 60 | 297 | 250 | 300 | 349 | 390 |
| | Associate/Staff Lawyer | 28 | 304 | 201 | 160 | 195 | 225 | 260 |
| Pacific | Equity Partner/Shareholder | 72 | 575 | 331 | 260 | 310 | 385 | 490 |
| | Non-Equity Partner | 40 | 196 | 330 | 207 | 295 | 450 | 502 |
| | Associate/Staff Lawyer | 75 | 880 | 237 | 180 | 215 | 280 | 350 |

EXHIBIT 1
8

**REGION BY YEARS OF LEGAL EXPERIENCE**
**STANDARD HOURLY BILLING RATES**
**As of January 1, 2007**

| Region/Years of Experience | | Number of Offices | Number of Lawyers | RATE | | | | |
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
|---|---|---|---|---|---|---|---|---|
| West North Central | Under 2 Years | 27 | 110 | 144 | 130 | 140 | 156 | 170 |
| | 2 or 3 Years | 24 | 89 | 160 | 147 | 160 | 175 | 190 |
| | 4 or 5 Years | 23 | 92 | 174 | 160 | 175 | 190 | 200 |
| | 6 or 7 Years | 24 | 88 | 193 | 170 | 190 | 220 | 236 |
| | 8 to 10 Years | 26 | 88 | 205 | 174 | 192 | 240 | 265 |
| | 11 to 15 Years | 33 | 122 | 231 | 200 | 230 | 276 | 295 |
| | 16 to 20 Years | 30 | 101 | 250 | 210 | 250 | 294 | 315 |
| | 21 to 30 Years | 29 | 193 | 265 | 215 | 260 | 300 | 345 |
| | 31 or More Years | 29 | 138 | 278 | 235 | 280 | 310 | 365 |
| Mountain | Under 2 Years | 22 | 78 | 173 | 150 | 175 | 191 | 210 |
| | 2 or 3 Years | 19 | 81 | 187 | 160 | 190 | 210 | 225 |
| | 4 or 5 Years | 20 | 55 | 206 | 175 | 205 | 240 | 254 |
| | 6 or 7 Years | 20 | 47 | 221 | 180 | 220 | 260 | 285 |
| | 8 to 10 Years | 20 | 63 | 242 | 200 | 250 | 285 | 325 |
| | 11 to 15 Years | 22 | 80 | 263 | 213 | 265 | 300 | 350 |
| | 16 to 20 Years | 24 | 88 | 281 | 225 | 270 | 348 | 391 |
| | 21 to 30 Years | 28 | 158 | 292 | 235 | 275 | 345 | 395 |
| | 31 or More Years | 24 | 96 | 347 | 290 | 340 | 389 | 486 |
| Pacific | Under 2 Years | 54 | 162 | 196 | 155 | 190 | 246 | 260 |
| | 2 or 3 Years | 53 | 184 | 217 | 171 | 205 | 275 | 303 |
| | 4 or 5 Years | 49 | 147 | 242 | 185 | 225 | 320 | 341 |
| | 6 or 7 Years | 52 | 131 | 258 | 185 | 240 | 315 | 400 |
| | 8 to 10 Years | 64 | 183 | 271 | 200 | 250 | 325 | 405 |
| | 11 to 15 Years | 57 | 200 | 284 | 210 | 270 | 335 | 435 |
| | 16 to 20 Years | 55 | 163 | 311 | 225 | 285 | 390 | 461 |
| | 21 to 30 Years | 65 | 307 | 339 | 260 | 315 | 400 | 525 |
| | 31 or More Years | 52 | 163 | 360 | 280 | 325 | 450 | 545 |

**EXHIBIT 2**
9

EXHIBIT 2

STATE
STANDARD HOURLY BILLING RATES
As of January 1, 2007

| State/Status | | Number of Offices | Number of Lawyers | RATE | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| AL | Partner/Shareholder-Equity/Non-Equity | 11 | 156 | 235 | 200 | 225 | 268 | 314 |
| | Associate/Staff Lawyer | 11 | 97 | 156 | 145 | 150 | 170 | 200 |
| AR | Partner/Shareholder-Equity/Non-Equity | 3 | 41 | - | - | - | - | - |
| | Associate/Staff Lawyer | 2 | 23 | - | - | - | - | - |
| AZ | Partner/Shareholder-Equity/Non-Equity | 5 | 70 | 326 | 300 | 320 | 350 | 400 |
| | Associate/Staff Lawyer | 5 | 38 | 229 | 200 | 233 | 260 | 271 |
| CA | Partner/Shareholder-Equity/Non-Equity | 52 | 473 | 353 | 245 | 340 | 450 | 535 |
| | Associate/Staff Lawyer | 51 | 627 | 252 | 182 | 250 | 305 | 375 |
| CO | Partner/Shareholder-Equity/Non-Equity | 7 | 87 | 301 | 165 | 325 | 375 | 396 |
| | Associate/Staff Lawyer | 6 | 78 | 215 | 175 | 205 | 250 | 296 |
| CT | Partner/Shareholder-Equity/Non-Equity | 2 | 10 | - | - | - | - | - |
| | Associate/Staff Lawyer | 4 | 15 | - | - | - | - | - |
| DC | Partner/Shareholder-Equity/Non-Equity | 16 | 237 | 466 | 410 | 455 | 533 | 590 |
| | Associate/Staff Lawyer | 16 | 192 | 309 | 245 | 295 | 355 | 414 |
| DE | Partner/Shareholder-Equity/Non-Equity | 10 | 99 | 427 | 350 | 425 | 495 | 525 |
| | Associate/Staff Lawyer | 6 | 78 | 279 | 240 | 265 | 301 | 365 |
| FL | Partner/Shareholder-Equity/Non-Equity | 32 | 391 | 305 | 247 | 300 | 360 | 425 |
| | Associate/Staff Lawyer | 29 | 360 | 197 | 155 | 185 | 225 | 270 |
| GA | Partner/Shareholder-Equity/Non-Equity | 16 | 285 | 323 | 213 | 340 | 415 | 455 |
| | Associate/Staff Lawyer | 15 | 292 | 213 | 144 | 200 | 264 | 308 |
| HI | Partner/Shareholder-Equity/Non-Equity | 7 | 100 | 285 | 250 | 285 | 320 | 350 |
| | Associate/Staff Lawyer | 7 | 95 | 182 | 145 | 180 | 200 | 254 |
| IA | Partner/Shareholder-Equity/Non-Equity | 5 | 85 | 218 | 195 | 230 | 235 | 250 |
| | Associate/Staff Lawyer | 4 | 32 | - | - | - | - | - |
| ID | Partner/Shareholder-Equity/Non-Equity | 3 | 30 | - | - | - | - | - |
| | Associate/Staff Lawyer | 1 | 13 | - | - | - | - | - |

(continued on next page)

**EXHIBIT 3**
10

EXHIBIT 1

STATE BY YEARS OF LEGAL EXPERIENCE
STANDARD HOURLY BILLING RATES
As of January 1, 2007

| State/Years of Experience | | Number of Offices | Number of Lawyers | Average $ | RATE | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| AL | Under 2 Years | 7 | 23 | 153 | 145 | 145 | 160 | 215 |
| | 2 or 3 Years | 9 | 24 | 150 | 125 | 150 | 170 | 185 |
| | 4 or 5 Years | 7 | 21 | 148 | 133 | 150 | 150 | 193 |
| | 6 or 7 Years | 9 | 29 | 184 | 150 | 175 | 213 | 250 |
| | 8 to 10 Years | 8 | 23 | 200 | 150 | 200 | 225 | 250 |
| | 11 to 15 Years | 10 | 34 | 223 | 175 | 205 | 253 | 335 |
| | 16 to 20 Years | 7 | 25 | 228 | 200 | 225 | 253 | 266 |
| | 21 to 30 Years | 10 | 42 | 240 | 201 | 243 | 275 | 315 |
| | 31 or More Years | 7 | 32 | 259 | 222 | 286 | 304 | 325 |
| AZ | 21 to 30 Years | 5 | 22 | 324 | 283 | 330 | 386 | 407 |
| CA | Under 2 Years | 40 | 124 | 204 | 160 | 195 | 260 | 263 |
| | 2 or 3 Years | 36 | 132 | 230 | 177 | 210 | 280 | 305 |
| | 4 or 5 Years | 33 | 110 | 254 | 185 | 250 | 325 | 350 |
| | 6 or 7 Years | 35 | 87 | 275 | 185 | 265 | 375 | 405 |
| | 8 to 10 Years | 42 | 113 | 291 | 200 | 275 | 378 | 418 |
| | 11 to 15 Years | 40 | 134 | 298 | 209 | 290 | 375 | 440 |
| | 16 to 20 Years | 39 | 104 | 333 | 210 | 325 | 425 | 490 |
| | 21 to 30 Years | 47 | 188 | 367 | 265 | 356 | 471 | 545 |
| | 31 or More Years | 33 | 102 | 389 | 293 | 385 | 511 | 560 |
| CO | 8 to 10 Years | 5 | 16 | 226 | – | 223 | – | – |
| | 11 to 15 Years | 6 | 18 | 249 | 165 | 268 | 293 | 390 |
| | 16 to 20 Years | 5 | 15 | 255 | – | 303 | – | – |
| | 21 to 30 Years | 6 | 40 | 299 | 165 | 338 | 350 | 385 |
| | 31 or More Years | 7 | 23 | 368 | 333 | 360 | 400 | 473 |

(continued on next page)

**EXHIBIT 4**
11

EXHIBIT 5

YEAR ADMITTED TO BAR
STANDARD HOURLY BILLING RATES
As of January 1, 2007

| Year Admitted to Bar | Number of Offices | Number of Lawyers | RATE | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Before 1964 | 134 | 217 | 352 | 275 | 350 | 418 | 536 |
| 1964 - 1968 | 243 | 444 | 351 | 276 | 343 | 409 | 490 |
| 1969 - 1973 | 332 | 841 | 350 | 275 | 345 | 410 | 500 |
| 1974 - 1978 | 423 | 1,405 | 340 | 260 | 325 | 400 | 485 |
| 1979 - 1983 | 426 | 1,726 | 329 | 260 | 325 | 385 | 460 |
| 1984 - 1988 | 444 | 1,814 | 308 | 240 | 300 | 370 | 435 |
| 1989 - 1993 | 483 | 1,908 | 288 | 225 | 280 | 340 | 405 |
| 1994 - 1998 | 497 | 2,467 | 264 | 205 | 250 | 310 | 375 |
| 1999 - 2003 | 503 | 3,348 | 220 | 175 | 210 | 255 | 305 |
| 2004 | 303 | 755 | 192 | 155 | 185 | 225 | 264 |
| 2005 | 315 | 772 | 184 | 150 | 175 | 210 | 245 |
| 2006 | 274 | 657 | 174 | 145 | 165 | 200 | 225 |
| 2007 | 14 | 24 | 155 | 140 | 155 | 165 | 210 |

**EXHIBIT 5**
12

INDIVIDUAL LITIGATION SPECIALTIES
STANDARD HOURLY BILLING RATES
As of January 1, 2007

| Specialty/Status | | Number of Offices | Number of Lawyers | RATE | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Intellectual Property | Partner/Shareholder-Equity/Non-Equity | 40 | 110 | 397 | 323 | 388 | 475 | 535 |
| | Associate/Staff Lawyer | 24 | 83 | 261 | 215 | 235 | 310 | 371 |
| International | Partner/Shareholder-Equity/Non-Equity | 1 | 1 | -- | -- | -- | -- | -- |
| | Associate/Staff Lawyer | 3 | 3 | -- | -- | -- | -- | -- |
| Labor-Mgmt. | Partner/Shareholder-Equity/Non-Equity | 40 | 85 | 302 | 250 | 300 | 360 | 400 |
| | Associate/Staff Lawyer | 16 | 38 | 216 | 176 | 220 | 255 | 271 |
| Labor-Union | Partner/Shareholder-Equity/Non-Equity | 6 | 6 | -- | -- | -- | -- | -- |
| | Associate/Staff Lawyer | 1 | 1 | -- | -- | -- | -- | -- |
| Maritime | Partner/Shareholder-Equity/Non-Equity | 12 | 19 | 277 | 225 | 260 | 320 | 375 |
| | Associate/Staff Lawyer | 5 | 7 | 205 | -- | -- | -- | -- |
| Natural Resources | Partner/Shareholder-Equity/Non-Equity | 12 | 27 | 313 | 260 | 300 | 355 | 452 |
| | Associate/Staff Lawyer | 3 | 4 | -- | -- | -- | -- | -- |
| Personal Injury | Partner/Shareholder-Equity/Non-Equity | 60 | 135 | 282 | 215 | 300 | 335 | 380 |
| | Associate/Staff Lawyer | 31 | 71 | 182 | 148 | 175 | 205 | 242 |
| Products Liability | Partner/Shareholder-Equity/Non-Equity | 66 | 186 | 303 | 225 | 280 | 380 | 452 |
| | Associate/Staff Lawyer | 40 | 131 | 199 | 152 | 175 | 225 | 305 |
| Real Estate | Partner/Shareholder-Equity/Non-Equity | 38 | 60 | 291 | 229 | 293 | 349 | 394 |
| | Associate/Staff Lawyer | 36 | 57 | 211 | 170 | 200 | 245 | 277 |
| Securities | Partner/Shareholder-Equity/Non-Equity | 16 | 33 | 381 | 325 | 370 | 440 | 499 |
| | Associate/Staff Lawyer | 14 | 28 | 256 | 218 | 250 | 280 | 317 |
| Taxation | Partner/Shareholder-Equity/Non-Equity | 14 | 19 | 350 | 285 | 325 | 395 | 500 |
| | Associate/Staff Lawyer | 9 | 14 | 217 | -- | 203 | -- | -- |
| Trusts/Estates/Probate | Partner/Shareholder-Equity/Non-Equity | 18 | 23 | 339 | 265 | 320 | 425 | 504 |
| | Associate/Staff Lawyer | 5 | 9 | 249 | -- | -- | -- | -- |
| Workers' Compensation | Partner/Shareholder-Equity/Non-Equity | 51 | 119 | 170 | 145 | 153 | 200 | 235 |
| | Associate/Staff Lawyer | 37 | 101 | 139 | 129 | 135 | 150 | 175 |

Altman Weil Publications, Inc.

(continued on next page)

**EXHIBIT 6**
13

## INDIVIDUAL LITIGATION SPECIALTIES BY YEARS OF LEGAL EXPERIENCE
### STANDARD HOURLY BILLING RATES
As of January 1, 2007

| Specialty/Years of Experience | | Number of Offices | Number of Lawyers | RATE | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Products Liability | Under 2 Years | 14 | 19 | 162 | 136 | 155 | 185 | 215 |
| | 2 or 3 Years | 19 | 29 | 175 | 149 | 160 | 193 | 260 |
| | 4 or 5 Years | 16 | 22 | 211 | 146 | 160 | 301 | 358 |
| | 6 or 7 Years | 21 | 26 | 216 | 154 | 200 | 248 | 360 |
| | 8 to 10 Years | 23 | 35 | 250 | 180 | 210 | 320 | 402 |
| | 11 to 15 Years | 26 | 40 | 263 | 205 | 258 | 300 | 380 |
| | 16 to 20 Years | 27 | 40 | 295 | 216 | 265 | 375 | 455 |
| | 21 to 30 Years | 44 | 75 | 305 | 226 | 295 | 375 | 477 |
| | 31 or More Years | 23 | 31 | 321 | 235 | 317 | 400 | 494 |
| Real Estate | Under 2 Years | 12 | 17 | 181 | 160 | 170 | 200 | 230 |
| | 2 or 3 Years | 10 | 11 | 203 | - | 185 | - | - |
| | 4 or 5 Years | 6 | 7 | 228 | - | - | - | - |
| | 6 or 7 Years | 10 | 10 | 246 | - | - | - | - |
| | 8 to 10 Years | 17 | 21 | 247 | 213 | 240 | 270 | 336 |
| | 11 to 15 Years | 11 | 11 | 272 | - | 260 | - | - |
| | 16 to 20 Years | 16 | 18 | 298 | 253 | 300 | 349 | 374 |
| | 21 to 30 Years | 11 | 12 | 286 | - | 300 | - | - |
| | 31 or More Years | 9 | 10 | 318 | - | - | - | - |
| Securities | 6 or 7 Years | 6 | 7 | 301 | - | - | - | - |
| | 11 to 15 Years | 6 | 8 | 323 | - | - | - | - |
| | 16 to 20 Years | 8 | 8 | 340 | - | - | - | - |
| | 21 to 30 Years | 10 | 13 | 376 | - | 350 | - | - |
| | 31 or More Years | 5 | 7 | 429 | - | - | - | - |
| Taxation | 21 to 30 Years | 8 | 8 | 308 | - | - | - | - |
| Trusts/Estates/Probate | 21 to 30 Years | 9 | 10 | 359 | - | - | - | - |
| | 31 or More Years | 7 | 8 | 374 | - | - | - | - |

(continued on next page)

**EXHIBIT 7**
14

## INDIVIDUAL NON-LITIGATION SPECIALTIES
### STANDARD HOURLY BILLING RATES
As of January 1, 2007

| Specialty/Status | | Number of Offices | Number of Lawyers | RATE | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Intellectual Property | Partner/Shareholder-Equity/Non-Equity | 72 | 253 | 366 | 300 | 360 | 425 | 475 |
| | Associate/Staff Lawyer | 62 | 213 | 254 | 200 | 240 | 295 | 355 |
| International | Partner/Shareholder-Equity/Non-Equity | 17 | 19 | 340 | 270 | 325 | 425 | 500 |
| | Associate/Staff Lawyer | 4 | 6 | - | - | - | - | - |
| Labor-Mgmt. | Partner/Shareholder-Equity/Non-Equity | 35 | 68 | 273 | 233 | 270 | 300 | 335 |
| | Associate/Staff Lawyer | 23 | 45 | 196 | 163 | 185 | 210 | 245 |
| Labor-Union | Partner/Shareholder-Equity/Non-Equity | 3 | 5 | - | - | - | - | - |
| | Associate/Staff Lawyer | 2 | 2 | - | - | - | - | - |
| Maritime | Partner/Shareholder-Equity/Non-Equity | 4 | 20 | - | - | - | - | - |
| | Associate/Staff Lawyer | 3 | 9 | - | - | - | - | - |
| Mergers/Acquisitions | Partner/Shareholder-Equity/Non-Equity | 40 | 79 | 383 | 310 | 375 | 450 | 500 |
| | Associate/Staff Lawyer | 18 | 39 | 266 | 220 | 250 | 305 | 390 |
| Municipal Finance | Partner/Shareholder-Equity/Non-Equity | 40 | 116 | 410 | 300 | 395 | 525 | 607 |
| | Associate/Staff Lawyer | 26 | 81 | 329 | 275 | 325 | 413 | 475 |
| Natural Resources | Partner/Shareholder-Equity/Non-Equity | 13 | 24 | 275 | 225 | 248 | 344 | 368 |
| | Associate/Staff Lawyer | 11 | 22 | 197 | 149 | 190 | 231 | 279 |
| Real Estate | Partner/Shareholder-Equity/Non-Equity | 217 | 669 | 330 | 275 | 325 | 380 | 425 |
| | Associate/Staff Lawyer | 153 | 490 | 232 | 190 | 225 | 265 | 315 |
| Securities | Partner/Shareholder-Equity/Non-Equity | 49 | 133 | 407 | 293 | 390 | 518 | 575 |
| | Associate/Staff Lawyer | 28 | 94 | 251 | 204 | 240 | 283 | 350 |
| Taxation | Partner/Shareholder-Equity/Non-Equity | 100 | 158 | 329 | 265 | 325 | 383 | 450 |
| | Associate/Staff Lawyer | 62 | 90 | 231 | 185 | 215 | 255 | 330 |
| Trusts/Estates/Probate | Partner/Shareholder-Equity/Non-Equity | 210 | 400 | 308 | 250 | 295 | 350 | 420 |
| | Associate/Staff Lawyer | 103 | 178 | 229 | 185 | 220 | 275 | 320 |
| Utilities | Partner/Shareholder-Equity/Non-Equity | 19 | 38 | 337 | 274 | 330 | 385 | 451 |
| | Associate/Staff Lawyer | 12 | 23 | 220 | 190 | 215 | 250 | 284 |

(continued on next page)

**EXHIBIT 8**
15

## INDIVIDUAL NON-LITIGATION SPECIALTIES BY YEARS OF LEGAL EXPERIENCE
### STANDARD HOURLY BILLING RATES
As of January 1, 2007

| Specialty/Years of Experience | | Number of Offices | Number of Lawyers | Average $ | RATE | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Securities | Under 2 Years | 14 | 32 | 209 | 165 | 220 | 234 | 260 |
| | 2 or 3 Years | 13 | 27 | 269 | 215 | 250 | 290 | 352 |
| | 4 or 5 Years | 12 | 16 | 265 | – | 273 | – | – |
| | 6 or 7 Years | 9 | 13 | 302 | – | 245 | – | – |
| | 8 to 10 Years | 14 | 19 | 312 | 210 | 270 | 380 | 500 |
| | 11 to 15 Years | 16 | 21 | 379 | 303 | 350 | 428 | 649 |
| | 16 to 20 Years | 15 | 21 | 404 | 283 | 425 | 468 | 533 |
| | 21 to 30 Years | 28 | 43 | 434 | 330 | 415 | 545 | 590 |
| | 31 or More Years | 23 | 35 | 420 | 290 | 425 | 530 | 572 |
| Taxation | Under 2 Years | 10 | 11 | 182 | – | 185 | – | – |
| | 2 or 3 Years | 14 | 17 | 205 | 170 | 200 | 243 | 257 |
| | 4 or 5 Years | 16 | 18 | 210 | 179 | 205 | 243 | 267 |
| | 6 or 7 Years | 14 | 17 | 247 | 208 | 250 | 278 | 350 |
| | 8 to 10 Years | 30 | 32 | 264 | 216 | 250 | 344 | 369 |
| | 11 to 15 Years | 20 | 24 | 272 | 235 | 253 | 299 | 378 |
| | 16 to 20 Years | 17 | 18 | 319 | 225 | 325 | 399 | 432 |
| | 21 to 30 Years | 59 | 70 | 346 | 285 | 330 | 401 | 459 |
| | 31 or More Years | 36 | 41 | 353 | 283 | 350 | 403 | 475 |
| Trusts/Estates/Probate | Under 2 Years | 20 | 23 | 171 | 140 | 165 | 210 | 220 |
| | 2 or 3 Years | 31 | 34 | 195 | 169 | 190 | 210 | 253 |
| | 4 or 5 Years | 18 | 20 | 228 | 188 | 230 | 261 | 313 |
| | 6 or 7 Years | 23 | 27 | 234 | 200 | 230 | 250 | 316 |
| | 8 to 10 Years | 44 | 54 | 246 | 204 | 225 | 296 | 330 |
| | 11 to 15 Years | 53 | 64 | 282 | 236 | 275 | 300 | 375 |
| | 16 to 20 Years | 52 | 59 | 306 | 250 | 300 | 350 | 400 |
| | 21 to 30 Years | 117 | 149 | 308 | 250 | 295 | 340 | 420 |
| | 31 or More Years | 112 | 143 | 326 | 270 | 315 | 375 | 428 |

(continued on next page)

**EXHIBIT 9**
16

# 2007 ALM Research
# Survey Report

# Billing Rates
# & Practices

ALM RESEARCH

**EXHIBIT 10**

2007 ALM Research Survey Report
# Billing Rates and Practices

A Study of the Billing Rates and Alternative Billing Practices
of Lawyers in Small and Midsize Firms and Solo Practices

# ALM Research
# A division of ALM

Author
**Margaret Daisley**
Surveys and Research Consultant
New York, New York


**Anna Romanovich**
Research Analyst, ALM Research

**Christine Yoest**
Marketing Manager, ALM Research

**Sandy Wong**
Graphic Design/Art, ALM

**ALM RESEARCH**

**EXHIBIT 10**
18

ALM Research
A division of ALM
345 Park Avenue South
New York, NY 10010

Copyright© 2007 by ALM Properties, Inc. All rights reserved.

No part of this work may be reproduced or copied in any form or by any means, graphic, electronic or
mechanical, including photocopying, recording, taping, or information and retrieval systems, without
prior written permission of the publisher.

For all reprint permissions contact ALM Reprints, 345 Park Avenue South
New York, NY 10010, 212.545.6111 or by e-mail at reprints@alm.com.

**EXHIBIT 10**

## About ALM Research

ALM Research is a division of ALM, a leading integrated media company serving legal, real estate, financial, and business professionals. ALM Research was formed in 2002 in response to the growing demand for competitive intelligence within the legal industry. Our core product, ALM Research Online (www.almresearchonline.com), provides subscription access to research and surveys conducted by ALM's industry-leading publications, including *The American Lawyer*, *The National Law Journal*, and *IP Law & Business*. ALM Research also offers custom research services, and publishes a number of research products in partnership with industry experts and analysts. These include our annual *Law Firm Business Development Practices Survey*, the 2006 *Global Law Firm Knowledge Management Survey*, the 2007 *Legal Technology Market Assessment Study*, and the 2007 *Law Firm Practice Group Management Survey*.

## About Margaret Daisley

Margaret Daisley has been a surveys and research consultant and editor for several publishing enterprises in New York City since 2004, specializing in conducting primary quantitative research, and writing, editing, and publishing research reports. Previously, she was the editorial research director for ALM Media's national publications, which include *The American Lawyer*, *The National Law Journal*, and *Corporate Counsel*. For seven years, she was very much involved in the research and reporting of The Am Law 200, the NLJ 250, the General Counsel Compensation Survey, and all of ALM's signature surveys, as well as participating in a project to electronically archive all of the legacy data from these surveys. Since 2004, Daisley has worked as a consultant to ALM Research. She is currently working on the 2007 *Business Development Survey* for ALM Research.

**EXHIBIT 10**
20



2007 ALM Research Survey Report
# Billing Rates and Practices

## Table of Contents

1. Executive Summary ....................................................................... 1

2. Respondent Demographics .......................................................... 5

3. The Billable Hour ..................................................................... 13

4. Billable Hours Requirements .................................................... 27

5. Alternatives to the Billable Hour ............................................. 29

6. Variations on the Billable Hour ............................................... 37

7. Gender Differences .................................................................. 43

8. Methodology ............................................................................ 49

9. Questionnaire .......................................................................... 51

10. Additional Tables .................................................................... 55

**EXHIBIT 10**
21

# Section 1. Executive Summary

Is the billable hour dead, as many like to proclaim (whether wistfully or presciently)? Not according to the more than 5,000 respondents who provided information for this survey about their billing rates—lawyers from midsize and small firms and solo practices across the U.S. The average hourly billing rate for this group of attorneys, nationwide, is $240.

At the same time, a great majority of respondents also reported that they offer alternatives to, and variations on, the billable hour, providing a benchmark for just how pervasive this trend is. Though larger firms seem to be more disposed to offering various alternatives and variations, solo practitioners—by far—derive a higher percentage of their revenue from them. Fixed/flat fees and contingency arrangements were the most popular alternatives and variations among respondents. And male attorneys, on average, indicated they were more disposed to offering alternatives to, and variations on the billable hour, especially contingency arrangements and hybrid fees.

As for billing rates, perhaps the most significant trend uncovered by the ALM Research Survey of Billing Rates and Practices was that female attorneys, on average, tend to bill at lower hourly rates than male attorneys, regardless of firm size, years in practice, geography, and—with a few exceptions—practice area.

Unsurprisingly, the survey results confirm conventional wisdom that there are strong correlations between hourly billing rates, firm size, and years in practice—i.e., the larger the firm, or the more years in practice, the higher the billing rate.

## Overview

The ALM Research Survey of Billing Rates and Practices focused on the billing practices of attorneys in small (2 to 39 attorneys) and midsize (40 to 170 attorneys) law firms and solo practices across the U.S. The survey was conducted between April and July 2007 via a Web survey.

Questions about billing rates and practices in this survey were modeled after the questionnaire used in the *National Law Journal*'s annual NLJ Billing Survey of large law firms (170 or more lawyers)[1]. We purposely excluded these large firm attorneys from this survey in order to avoid redundancy about billing information in that sector. Where appropriate and possible, information from the NLJ Billing Survey is presented in this report for comparison with the information about billing rates and alternative billing practices for solos, small and midsize firm attorneys from this survey.

We sent out 184,300 survey invitations to solo practitioners and small and midsize firm lawyers in all 50 states and received 5,058 responses. Respondents were promised a free copy of the initial report of national results in return for their participation in the survey.

## Respondent Demographics

Respondents' demographics were reasonably representative of the national profile for attorneys in firms of these sizes:

- About a third had solo practices, 58% were from small firms, and 10% from midsize firms.

---

[1] The *National Law Journal*'s annual Billing Survey gathers information about billing rates and practices among NLJ 250 firms. The NLJ 250 is their annual survey of the largest firms in the U.S., based on number of lawyers. In the most recent survey (2006), NLJ 250 firms had 170 or more lawyers. Data from *National Law Journal* surveys is available through ALM Research Online at www.almresearchonline.com.

EXHIBIT 10
22

- 19% had been practicing less than ten years, 26% had been practicing 10 to 20 years, and 55% had been practicing for 20 or more years.

- 78% were male, 22% female.

- All but a very small percentage were the leader, manager, partner, shareholder, or owner of their firm.

- The most represented practice areas included: litigation, family law, real estate, trusts and estates, general practice, business, labor and employment, intellectual property, criminal practice, and personal injury.

- The most representative clients were "general"—general business and organizations, and general family and individuals. Other client bases that were well-represented include real estate, insurance, construction/development, health care, government, banking, and manufacturing.

- There were many variations in the data based on geography, practice area, and client/industry.

## Billing Rates and Billables Requirements

- About 98% of respondents volunteered information regarding their hourly billing rates—highs, lows, and averages.

- The average billing rate, nationally, was $240 and the median was $225.

- In general, the larger the firm, the higher the billing rate.

- As expected, the more years in practice, the higher the billing rate.

- Of counsel and practice area heads reported charging, on average, slightly higher rates than partners, members, shareholders, principals, and managing partners.

- Solo practitioners reported charging, on average, lower billing rates than all of the titles listed above. Only associates reported charging lower rates than solos.

- Billing rates were higher, on average, among respondents from both the East and West Coasts, and highest in the Middle Atlantic region (New York, New Jersey, Pennsylvania).

- Billing rates were lowest, on average, among respondents from the East South Central region (Mississippi, Alabama, Tennessee, and Kentucky).

- In specific major metro areas, respondents from New York City reported the highest average rates nationally, followed by Beverly Hills, Washington, DC, San Francisco, and New York's Long Island region. Only areas with sufficient data (30 or more) were examined.

- Respondents in intellectual property law had the highest billing rates, on average, of those practice areas with a statistically significant number of responses. After that, the practice areas with the highest reported rates were corporate and securities, taxation, environmental law, and health law.

- Client bases with the highest billing rates, where there was a sufficient number of responses for analysis, were financial services, entertainment, technology, general business, and real estate.

- The average required billable hours for small and midsize firms for partners was 1,701 and for associates it was 1,755.

- Just under one-half of small and midsize firms reported having annual billable hours requirements for associates. About half that number had billables requirements for partners. However, these percentages varied quite a bit by firm size.

Page 2

**EXHIBIT 10**

- Annual hourly billing requirements were generally more prevalent among midsize firms, branch offices and main offices (as opposed to firms with only one office), and in the New England, Mountain, Mid-Atlantic, and Pacific Coast regions.

## Alternatives to, and Variations on, the Billable Hour

- A significant majority (88%) of respondents said they offer "alternatives" to the billable hour, and 69% reported offering "variations" on the billable hour.

- Respondents from midsize firms were slightly more likely to report offering alternatives to, and variations on, the billable hour.

- The most frequently cited alternatives were fixed/flat fees, contingency fees, and retainer arrangements. The most popular variations were fixed/flat fees, contingency structures, and discounted hourly billing rates.

- Of those who reported offering billing alternatives, 37% of their annual revenue came from these alternatives, on average. Of those who reported offering variations on the billable hour, 29% of their annual revenue came from these variations, on average.

- The percentage of revenue obtained from these alternatives and variations was significantly higher for solos than for attorneys from small, midsize, and large firms.

- Respondents in the following practice areas were most likely to offer alternative billing methods: personal injury, creditors and debtors rights, immigration law, criminal practice, and general practice.

- Clients/industries of respondents most likely to offer alternatives included entertainment, banking, general business, financial services, and health care.

- Respondents in the following practice areas were most likely to offer variations on the billable hour: corporate and securities, health law, creditors and debtors rights, government and regulatory, and labor and employment.

- Clients/industries for respondents most likely to offer variations on the billable hour were, besides the various permutations of "general" practices, banking, financial services, and entertainment.

- Respondents practicing alternative dispute resolution were the least likely to offer alternatives or variations.

## Gender Differences

- The data showed that female lawyers rather consistently bill at lower rates than males, regardless of firm size, years in practice, geography, and—with a few exceptions—practice area.

- A higher percentage of male attorneys than female attorneys said they offered alternatives to, and variations on, the billable hour, regardless of the type of alternative or variation offered, with a few exceptions.

- The most popular practice areas for females were family law (20.3%), litigation (11.3%), trusts and estates (9%), real estate (6.5%), and labor and employment (5.7%).

- The most popular practice areas for males were litigation (17.1%), real estate (8.1%), general practice (7.2%), trusts and estates (7.1%), and family law (6%).

Page 3

**EXHIBIT 10**
24

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16133 Ventura Boulevard, Penthouse A, Encino, California 91436-2447.

    On February 25, 2009, I served the foregoing document described as: **DECLARATION OF S. MARTIN KELETI IN SUPPORT OF DEFENDANTS' MOTION FOR MANDATORY AWARD OF ATTORNEYS' FEES ON ANTI-SLAPP MOTION** on the parties in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

X    by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

___    by placing __ the original __ a true copy thereof enclosed in sealed envelopes addressed as follows:

[X]    **BY MAIL:** I placed each such envelope, with postage thereon fully prepaid for first-class mail for collection and mailing at 16133 Ventura Boulevard, Penthouse A, Encino, California, following ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]    **BY US EXPRESS MAIL:** I caused said document to be deposited with an express service carrier in a sealed envelope designated by the carrier as an express mail envelope, with fees and postage prepaid.

[ ]    **BY PERSONAL SERVICE:** I caused each such envelope to be delivered by hand to the addressee(s) noted above.

[ ]    **BY FAX:** I caused the above-referenced document(s) to be transmitted to the above-named person(s) at the following telecopier number(s):

[X]    (STATE) I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

[ ]    (FEDERAL) I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on February 25, 2009, at Encino, California.

_____
IRIS L. ALTER

## MAILING LIST

Albert Sterwerf, Esq.
Law Offices of Albert Sterwerf
18200 Von Karman Avenue, 6th Floor
Irvine, California 92612

Albert Sterwerf, Esq.
Law Offices of Albert Sterwerf
1352 Irvine Boulevard
Tustin, California 92780

Sarah L. Overton, Esq.
Cummings, McClorey, Davis, et al.
3801 University Avenue, #700
Riverside, California 92501

Catherine S. Mason, Esq.
Collins, Collins, Muir & Stewart
1100 El Centro Street
South Pasadena, California 91030